**ORIGINAL**

5870-AA

Exhibits A-B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
ANN ARBOR DIVISION

FILED
NOV 17 2005
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

Plaintiffs,

v.

LARRY SCANTLEBURY,

Defendant.

Hon.:
Case:

**05-74394**

ANNA DIGGS TAYLOR

VIRGINIA M○○○○

_____ /

MATTHEW E. KRICHBAUM (P52491)
JONATHAN D. ROWE (P35384)
Soble Rowe Krichbaum, LLP
Attorneys for Plaintiffs
221 North Main Street, Suite 2001
Ann Arbor, Michigan 48104
(734) 996-5600

_____ /

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4. Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5. Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

6. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

7. Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

8. Plaintiff Arista Records LLC is a limited liability company duly organized and

2

existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9. Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10. Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

12. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

13. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto,

3

each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

14. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

15. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

16. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

17. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

18. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

19. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by

5

Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.  For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.  For Plaintiffs' costs in this action.

4.  For Plaintiffs' reasonable attorneys' fees incurred herein.

5.  For such other and further relief as the Court may deem just and proper.

6

Respectfully submitted,

                              **Soble Rowe Krichbaum, LLP**

By: _____
      Matthew E. Krichbaum (P52491)
      Jonathan D. Rowe (P 35384)
      Attorneys for Plaintiffs
      221 North Main Street, Suite 200
      Ann Arbor, MI 48104
Dated: _____11/17/05_____      Telephone: (734)996-5600



# EXHIBIT A

## LARRY SCANTLEBURY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Beastie Boys | Body Movin' | Hello Nasty | 277-731 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | You Were Mine | Wide Open Spaces | 252-000 |
| Atlantic Recording Corporation | Neal McCoy | The Shake | Be Good At It | 243-513 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Porch | Ten | 137-787 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| UMG Recordings, Inc. | George Strait | Carrying Your Love With Me | Carrying Your Love With Me | 238-679 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| BMG Music | Lonestar | Tell Her | Lonely Grill | 187-003 |



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Stop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Nelly-EI.mp3 | Nelly | 6,692KB | Audio |
| penquin@KaZaA | Bon Jovi - You Gave Love A Bad Name.mp3 | Bon Jovi | 3,064KB | Audio |
| penquin@KaZaA | Styx - Renegade.mp3 | Styx | 10,038KB | Audio |
| penquin@KaZaA | ACDC - Born To Be Wild.mp3 | F | 3,284KB | Audio |
| penquin@KaZaA | Tracy Byrd - Drinking Bone.mp3 | Tracy Byrd | 3,093KB | Audio |
| penquin@KaZaA | CC Music Factory - I've Got The Power.mp3 | CC Music Factory | 5,207KB | Audio |
| penquin@KaZaA | Bee Gees - Disco Inferno.mp3 | Bee Gees | 6,144KB | Audio |
| penquin@KaZaA | nelly - #1.mp3 | Nelly | 3,885KB | Audio |
| penquin@KaZaA | (Foreigner) Hot blooded.mp2 | Foreigner | 2,539KB | Audio |
| penquin@KaZaA | the rolling stones - satisfaction I cant get no.mp3 | Rolling Stones | 3,523KB | Audio |
| penquin@KaZaA | JOCK JAMES--RAISE DA ROOF.mp3 | Luke | 2,958KB | Audio |
| penquin@KaZaA | George Strait - Good Morning Beautiful.mp3 | George Strait | 3,022KB | Audio |
| penquin@KaZaA | Marvin Gay - When A Man Loves A Woman (1).mp3 | Oldies 50's 60's 11 | 2,002KB | Audio |
| penquin@KaZaA | JOHNNY TAYLOR - DISCO LADY.MP3 | Johnnie Taylor | 3,582KB | Audio |
| penquin@KaZaA | Foreigner - Break It Up.mp3 | Foreigner | 3,958KB | Audio |
| penquin@KaZaA | Bobby Darin - Splish Splash.mp3 | Oldies | 2,078KB | Audio |
| penquin@KaZaA | Mega Mix Medley - ZZ Top, ACDC, Foreigner.mp3 | ACDC | 4,314KB | Audio |
| penquin@KaZaA | Brian Mccomas - You're In My Head.mp3 | Brian McComas | 2,548KB | Audio |
| penquin@KaZaA | Guns and Roses - Welcome to the Jungle (3).mp3 | Guns and Roses | 1,832KB | Audio |
| penquin@KaZaA | Mr lover.MP3 | Shaggy featuring Janet 1... | 3,808KB | Audio |



Found 568 files | 2,981,110 users online, sharing 734,657,551 files (64 16) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Mr lover.MP3 | Shaggy featuring Janet J… | 3,808KB | Audio |
| penquin@KaZaA | ACDC - Son of a Bitch (1).mp3 | ACDC | 2,690KB | Audio |
| penquin@KaZaA | Rolling stones - She Is So Cold.mp3 | The Rolling Stones | 3,952KB | Audio |
| penquin@KaZaA | Jock Jams - Space Jam.mp3 | Jock Jams | 2,738KB | Audio |
| penquin@KaZaA | shaggy - it wasnt me.mp3 | Shaggy | 5,328KB | Audio |
| penquin@KaZaA | PUFF- ILL B MISSIN U.mp3 | Puff Daddy | 4,847KB | Audio |
| penquin@KaZaA | My next 30 Years.mp3 | Tim McGraw | 3,386KB | Audio |
| penquin@KaZaA | the byrds - turn! (to every season).mp3 | The Byrds | 3,709KB | Audio |
| penquin@KaZaA | Copy of Comedy - Adam Sandler - Grandma Song.mp3 | Adam Sandler | 3,120KB | Audio |
| penquin@KaZaA | Styx - Too Much Time On My Hands.mp3 | Styx | 2,134KB | Audio |
| penquin@KaZaA | Lifehouse - Hangin By A Moment.mp3 | Lifehouse | 2,544KB | Audio |
| penquin@KaZaA | Ludacris - Roll Out.mp3 | Ludacris | 1,207KB | Audio |
| penquin@KaZaA | Garth Brooks-going fishing in the dark.mp3 | Nitty Gritty Dirt Band | 2,294KB | Audio |
| penquin@KaZaA | Rascal_Flatts_-_Melt_(05)_-_Love_You_Out_Loud.mp3 | Rascal Flatts | 3,626KB | Audio |
| penquin@KaZaA | Five O'Clock Somewhere.mp3 | Alan Jackson Jimmy Buff… | 3,126KB | Audio |
| penquin@KaZaA | Bravehearts - Oochie Wally.mp3 | Bravehearts | 3,718KB | Audio |
| penquin@KaZaA | Pearl Jam - Black.mp3 | Pearl Jam | 5,373KB | Audio |
| penquin@KaZaA | Garth_Brook-Sail_My_Vessel.mp3 | Garth Brooks | 4,191KB | Audio |
| penquin@KaZaA | Joe Walsh - Life's Been Good.mp3 | Joe Walsh | 8,380KB | Audio |
| penquin@KaZaA | Even Flow.mp3 | Pearl Jam | 3,505KB | Audio |

Found 368 files | 2,991,118 users online, sharing 764,667,551 files (64,61 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Even Flow.mp3 | Pearl Jam | 3,505KB | Audio |
| penquin@KaZaA | Pearl Jam - Alive.mp3 | Pearl Jam | 3,998KB | Audio |
| penquin@KaZaA | Beach Boys - Fun fun fun.wma | Beach Boys | 999KB | Audio |
| penquin@KaZaA | Tim Mcgraw - Just to see you smile..mp3 | Tim McGraw | 2,830KB | Audio |
| penquin@KaZaA | Kiss Me Like This.mp3 | Toby Keith | 4,366KB | Audio |
| penquin@KaZaA | third eye blind - how's it going to be (acoustic).mp3 | Third Eye Blind | 3,203KB | Audio |
| penquin@KaZaA | Beastie Boys - Body Moving.mp3 | Beastie Boys | 2,872KB | Audio |
| 2 Users | The Beastie Boys - The New Style.mp3 | The Beastie Boys | 4,308KB | Audio |
| penquin@KaZaA | Comedy - Cletus T Judd - First Redneck On the Internet.m... | Comedy | 3,454KB | Audio |
| penquin@KaZaA | comedy - elmo kills barney.mp3 | Comedy | 156KB | Audio |
| penquin@KaZaA | toby keith - Every Light in the House is on.mp3 | Toby Keith | 2,638KB | Audio |
| penquin@KaZaA | saved by the bell - Beach Boys - Ba-ba-baran (1).mp3 | Beach Boys | 1,999KB | Audio |
| penquin@KaZaA | COMEDY- Weird Al - Anti-Thong Song.mp3 | Unknown Artist | 1,760KB | Audio |
| penquin@KaZaA | 05 Just a Test.wma | Beastie Boys | 1,050KB | Audio |
| penquin@KaZaA | [Alan Jackson] - Remember When.wma | Alan Jackson | 4,257KB | Audio |
| penquin@KaZaA | 09 Putting Shame In Your Game.wma | Beastie Boys | 1,722KB | Audio |
| penquin@KaZaA | Ludacris - Southern Hospitality.mp3 | Ludacris | 4,704KB | Audio |
| penquin@KaZaA | Platters - Duke Of Earl.mp3 | The Platters | 3,036KB | Audio |
| penquin@KaZaA | Beasty Boys - No Sleep Till Brooklyn.mp3 | Beasty Boys | 2,640KB | Audio |
| penquin@KaZaA | Blink 182 - What's My Age Agian-.mp3 | Blink 182 | 2,318KB | Audio |

Found 565 files | 2,961,116 users online, sharing 764,667,551 files (61.6) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Blink 182 - What's My Age Again-.mp3 | Blink 182 | 2,318KB | Audio |
| penquin@KaZaA | Disturbed - Down With The Sickness.mp3 | Disturbed | 3,254KB | Audio |
| penquin@KaZaA | bestie boys Slow Ride.mp3 | Beastie Boys | 2,074KB | Audio |
| penquin@KaZaA | Area Codes-ludacriss_nate dog  (1).mp3 | Ludicris | 3,516KB | Audio |
| penquin@KaZaA | Eat Quiznos Subs.wav | a | 4,836KB | Audio |
| penquin@KaZaA | Track 12.mp3 | ZZ TOP | 4,092KB | Audio |
| penquin@KaZaA | Gary Allen - Tough Little Boys(1).mp3 | Gary Allen | 3,727KB | Audio |
| penquin@KaZaA | Johnny Rebel - I Ain't Got A Nigger For A Coke.mp3 | Johnny Rebel | 2,015KB | Audio |
| penquin@KaZaA | Keith Urban - Days Go By.mp3 | Keith Urban | 3,010KB | Audio |
| penquin@KaZaA | Boys II Men - I Swear (1).wma | Boys II Men | 2,047KB | Audio |
| penquin@KaZaA | Kenny Chesney - Good Mourning Beautiful.mp3 | Kenney Chesney | 3,360KB | Audio |
| penquin@KaZaA | Enya - Who Can Say(Only Time).mp3 | Enya | 3,796KB | Audio |
| penquin@KaZaA | Tim Mcgraw - Down On The Farm (1).mp3 | Tim McGraw | 2,740KB | Audio |
| penquin@KaZaA | 80's - Tommy Tutone - 867-5309.mp3 | Tommy Tutone | 3,552KB | Audio |
| penquin@KaZaA | Take My Breathe Away.wma | Jessica Simpson | 3,084KB | Audio |
| penquin@KaZaA | Linken Park- some where I belong.mp3 | Linkin Park | 5,006KB | Audio |
| penquin@KaZaA | 200105_Crista_Nicole_26.jpg | Unknown | 129KB | Image |
| penquin@KaZaA | young gunz - rich girl.mp3 | Young Gunz | 2,080KB | Audio |
| penquin@KaZaA | Josh Turner - Long Black Train (1).mp3 | Josh Turner | 4,834KB | Audio |
| penquin@KaZaA | Lil Jon and the Eastside boys - Get Low.mp3 | LIL JON AND THE EASTSI... | 5,291KB | Audio |

2,981,118 users online, sharing 764,667,551 files (6,461 Not sharing any files

Found 565 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Lil Jon and the Eastside boys - Get Low.mp3 | LIL JON AND THE EASTSI... | 5,291KB | Audio |
| penquin@KaZaA | Red Hot Chilly Peppers - Californication.mp3 | Red Hot Chili Peppers | 3,252KB | Audio |
| penquin@KaZaA | ZZ Top - Give Me all Your Lovin'.mp3 | ZZTop | 3,745KB | Audio |
| penquin@KaZaA | Red Hot Chilli Pepper - Suck My Kiss.mp3 | Red Hot Chili Peppers | 2,544KB | Audio |
| penquin@KaZaA | kra kener ass and pussy 08.jpg | Unknown | 55KB | Image |
| penquin@KaZaA | 12-Simple Plan-Perfect.wma | Simple Plan | 4,368KB | Audio |
| penquin@KaZaA | Lonestar - Tell Her.mp3 | Lonestar | 4,056KB | Audio |
| penquin@KaZaA | Finding Nemo - Just Keep Swimming.wav | A | 673KB | Audio |
| penquin@KaZaA | Over and Over.wma | Nelly feat. Tim McGraw | 1,026KB | Audio |
| penquin@KaZaA | Pelicans.mp3 | Original Soundtrack | 1,140KB | Audio |
| penquin@KaZaA | Beatles - Twist and Shout.mp3 | Beatles | 2,395KB | Audio |
| penquin@KaZaA | 04 All Falls Down (1).wma | Kanye West | 3,534KB | Audio |
| penquin@KaZaA | Garth Brooks - Unanswered Prayers.mp3 | Garth Brooks | 3,189KB | Audio |
| penquin@KaZaA | 04 The Woman With You.mp3 | Kenny Chesney | 4,248KB | Audio |
| penquin@KaZaA | Joe Nichols - Cool To Be A Fool (1).mp3 | Joe Nichols | 3,459KB | Audio |
| penquin@KaZaA | Full Metal Jacket - Drill Instructor.mp3 | Full Metal Jacket | 1,962KB | Audio |
| penquin@KaZaA | Rolling Stones - Paint It Black.mp3 | Rolling Stones | 3,119KB | Audio |
| penquin@KaZaA | Blink182 - Damnit.mp3 | Blink 182 | 2,575KB | Audio |
| penquin@KaZaA | Let it Burn- Usher.wma | Usher | 1,041KB | Audio |
| penquin@KaZaA | Nelly - Suit - 06 - N Dey Say.mp3 | Nelly | 4,923KB | Audio |

Found 368 files | 2,981,118 users online, sharing 784,607,651 files (6476...) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Nelly - Suit - 06 - N' Dey Say.mp3 | Nelly | 4,923KB | Audio |
| penquin@KaZaA | Wierd Al Yankovich - Livin La Vida Yoda.mp3 | Weird Al Yankovic | 2,742KB | Audio |
| penquin@KaZaA | play - us against the world.mp3 | Play | 2,609KB | Audio |
| penquin@KaZaA | Dirt Off Your Sholder.WMA | Jay-Z | 3,859KB | Audio |
| penquin@KaZaA | Tim Mcgraw - Something Like That.mp3 | Tim McGraw | 3,241KB | Audio |
| penquin@KaZaA | USHER-YOU REMIND ME.mp3 | Usher | 5,822KB | Audio |
| penquin@KaZaA | Tracy Lawrence - Paint Me A Burningham.mp3 | Tracy Lawrence | 2,670KB | Audio |
| penquin@KaZaA | Cledus T.Judd - Slim Shaddy.mp3 | Cletus T Judd | 1,246KB | Audio |
| penquin@KaZaA | Cletus T. Judd - Indian Inlaws.mp3 | Cletus T Judd | 2,779KB | Audio |
| penquin@KaZaA | 03 American Soldier.wma | Toby Keith | 5,176KB | Audio |
| penquin@KaZaA | sports game songs.kpl | Unknown | 9KB | |
| penquin@KaZaA | Cledus T. Judd - Where The Grass Don't Grow.mp3 | Cletus T Judd | 2,834KB | Audio |
| penquin@KaZaA | Judd Cletus T - The Devil Went Down to Jamaica.mp3 | Cletus T. Judd | 2,411KB | Audio |
| penquin@KaZaA | Vanilla Ice - Ice Ice Baby.mp3 | Vanilla Ice | 3,712KB | Audio |
| penquin@KaZaA | Rascal Flatts - My Worst Fear.mp3 | Rascal Flatts | 4,694KB | Audio |
| penquin@KaZaA | Grease - Summer Nights.mp3 | Grease | 3,096KB | Audio |
| penquin@KaZaA | He Didn't Have To Be.mp3 | Brad Paisley | 5,410KB | Audio |
| penquin@KaZaA | Hot stuff.mp3 | Donna Summer | 4,153KB | Audio |
| penquin@KaZaA | Dimond Rio - Meet in the middle.mp3 | Dimond Rio | 2,702KB | Audio |
| penquin@KaZaA | 38 Special - Hold on Loosly.mp3 | artist | 4,456KB | Audio |

Found 560 files | 2,981,110 users online, sharing 764,567,551 files (64.5) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | 38 Special - Hold on Loosly.mp3 | artist | 4,456KB | Audio |
| penquin@KaZaA | Jamie O'Neal - Trying To Find Atlantis.mp3 | Jamie O'Neal | 1,645KB | Audio |
| penquin@KaZaA | One call away.wma | Chingy | 4,368KB | Audio |
| penquin@KaZaA | You're My Better Half.wma | Keith Urban | 5,997KB | Audio |
| penquin@KaZaA | Slayer - War Zone.mp3 | Slayer | 2,584KB | Audio |
| penquin@KaZaA | I Dare You to Move.mp3 | Switchfoot | 2,906KB | Audio |
| penquin@KaZaA | Usher - All About U - 02 - U Got It Bad.MP3 | Usher | 3,803KB | Audio |
| penquin@KaZaA | Trace Adkins - Hot Mama.wma | Trace Adkins | 3,112KB | Audio |
| penquin@KaZaA | Rascal Flatts - Bless the Broken Road.wma | Rascal Flatts | 3,574KB | Audio |
| penquin@KaZaA | oldies.kpl | Unknown | 2KB | |
| penquin@KaZaA | T.I - Rubber Band Man.wma | T.I. | 2,749KB | Audio |
| penquin@KaZaA | 03 Thuggish Ruggish Bone.wma | Bone Thugs N Harmony | 2,232KB | Audio |
| penquin@KaZaA | Bone Thugs N Harmony and 2Pac - AK47.mp3 | Bone, Tupac, Mr. Shadow | 4,507KB | Audio |
| penquin@KaZaA | milkshake.mp3 | kelis | 2,955KB | Audio |
| penquin@KaZaA | The name of my band.mp3 | Eminem and D12 | 6,144KB | Audio |
| penquin@KaZaA | Eazy E - Pussy Song.mp3 | Eazy E | 2,433KB | Audio |
| penquin@KaZaA | 10 - Track 10.mp3 | Jimmy Wayne | 2,908KB | Audio |
| penquin@KaZaA | Keith Urban - You'll Think Of Me.wma | Keith Urban | 2,320KB | Audio |
| penquin@KaZaA | Vivid - Miko Lee taking two loads.mpg | miko lee | 4,618KB | Video |
| penquin@KaZaA | lisa_dergan hot latex pants.jpg | Unknown | 26KB | Image |

Found 568 files  2,931,118 users online, sharing 734,667,551 files (64.6. Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Tell A Friend
New Search | Download | Search | Traffic | Shop
Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penguin@KaZaA | lisa_dergan hot latex pants.jpg | Unknown | 26KB | Image |
| penguin@KaZaA | 50 Cent - Candy Shop (8).wma | 50 Cent | 1,671KB | Audio |
| penguin@KaZaA | Lisa Dergan Montage (1).jpg | Unknown | 188KB | Image |
| penguin@KaZaA | Crista Nicole 19.jpg | Unknown | 101KB | Image |
| penguin@KaZaA | Rodeo-GarthBrooks.kar | Rodeo | 42KB | Audio |
| penguin@KaZaA | i CaNt sLeEp.wma | Clay Walker | 1,916KB | Audio |
| penguin@KaZaA | Edge - REAL FULL new ROB ZOMBIE theme.mp3 | Rob Zombie | 2,673KB | Audio |
| penguin@KaZaA | Kid Rock - Bawitdaba.wma | Kid Rock | 4,205KB | Audio |
| penguin@KaZaA | Bryan Adams - Please Forgive Me.mp3 | Bryan Adams | 4,287KB | Audio |
| penguin@KaZaA | Lisa Dergan Golf Tits.jpg | Playboy | 64KB | Image |
| penguin@KaZaA | Staind - Its Been Awhile.mp3 | Staind | 4,164KB | Audio |
| penguin@KaZaA | WHEN I MOVE YOU MOVE--Ludacris.wma | Ludacris | 3,580KB | Audio |
| penguin@KaZaA | garth brooks - the hits - 11 - rodeo.mp3 | Garth Brooks | 5,428KB | Audio |
| penguin@KaZaA | JOHNNY HALLYDAY - BLUE SUEDE SHOES.mp3 | JOHNNY HALLYDAY | 2,015KB | Audio |
| penguin@KaZaA | penthouse shower scene_1.mpg | Unknown | 5,123KB | Video |
| penguin@KaZaA | Colin Ray - little red rodeo.mp3 | Collin Raye | 3,201KB | Audio |
| penguin@KaZaA | Lets Go.wma | Trick Daddy | 3,557KB | Audio |
| penguin@KaZaA | Get Back.mp3 | Ludacris | 4,319KB | Audio |
| penguin@KaZaA | 09 Track 9.wma | Tim McGraw/Nelly | 2,008KB | Audio |
| penguin@KaZaA | Over And Over Again.mp3 | Nelly | 3,970KB | Audio |

Found 583 files    2,981,118 users online, sharing 764,667,551 files (64.6TB) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Over And Over Again.mp3 | Nelly | 3,970KB | Audio |
| penquin@KaZaA | rap.kpl | Unknown | 4KB | |
| penquin@KaZaA | country.kpl | Tim McGraw | 20KB | |
| penquin@KaZaA | Lonestar - Not A Day Goes By.wma | Lonestar | 1,981KB | Audio |
| penquin@KaZaA | Mr. Mom Lonestar.mp3 | Lonestar | 5,351KB | Audio |
| penquin@KaZaA | Dierks Bentley - how am I doing.mp3 | Dierks Bentley | 3,572KB | Audio |
| penquin@KaZaA | Chris Cagle - What A Beautiful Day.wma | Chris Cagle | 4,583KB | Audio |
| penquin@KaZaA | Josh Gracin - Nothing To Lose.mp3 | Josh Gracin | 3,627KB | Audio |
| penquin@KaZaA | jenna haze sexy hot ass fuck.jpg | Unknown | 83KB | Image |
| penquin@KaZaA | justovereighteen#2 - jenna haze - bestpart_1.mpg | Unknown | 7,674KB | Video |
| penquin@KaZaA | 200105_Crista_Nicole_37.jpg | Unknown | 114KB | Image |
| penquin@KaZaA | crista nicole on bed.jpg | Unknown | 56KB | Image |
| penquin@KaZaA | Crista Nicole-23 - White Lingerie (1).jpg | Unknown | 75KB | Image |
| penquin@KaZaA | CRISTA_NICOLE - TITS_2 - (1).jpg | Unknown | 111KB | Image |
| penquin@KaZaA | Crista Nicole - Sexy Body.jpg | Unknown | 52KB | Image |
| penquin@KaZaA | kira kener nfl cheerleader nude.jpg | Unknown | 76KB | Image |
| penquin@KaZaA | Jeans and thong slut has her first anal sex.wmv | Unknown | 4,345KB | Video |
| penquin@KaZaA | thong on couch.wmv | Unknown | 4,308KB | Video |
| penquin@KaZaA | topless girl in gstring thong.wmv | Unknown | 3,879KB | Video |
| penquin@KaZaA | Girlfriend remix with nelly (1).mp3 | Nelly ft. Outkast, DMX, E... | 4,437KB | Audio |

Found 568 files  |  2,981,118 users online, sharing 764,567,551 files (6.4 PB)  Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Girlfriend remix with nelly (1).mp3 | Nelly ft. Outkast, DMX, E… | 4,437KB | Audio |
| penquin@KaZaA | Tom Petty - Free Falling.mp3 | Tom Petty | 3,480KB | Audio |
| penquin@KaZaA | Nelly and Jagged Edge - Where Da Party At.mp3 | Nelly Feat. Jagged Edge | 4,544KB | Audio |
| penquin@KaZaA | Nelly - Hot in Herre (The real hot in here).mp3 | nelly | 2,238KB | Audio |
| penquin@KaZaA | Lonestar - My Front Porch Looking In.mp3 | Lonestar | 3,350KB | Audio |
| penquin@KaZaA | Puff Daddy feat Jimmy Page - Come with me (Godzilla Soun… | Puffy | 5,712KB | Audio |
| penquin@KaZaA | Rush Hour Soundtrack - War [What is it good for].mp3 | War | 3,118KB | Audio |
| penquin@KaZaA | Oh Brother where are thou - Soggy Bottom Boys - A Man … | Soggy Bottom Boys | 2,970KB | Audio |
| penquin@KaZaA | Sweet - Ballroom Blitz.mp3 | Sweet | 3,796KB | Audio |
| penquin@KaZaA | Shaggy - Angel.mp3 | Shaggy | 5,503KB | Audio |
| penquin@KaZaA | City High - What Would You Do -- Video Version With Next… | City High | 3,430KB | Audio |
| penquin@KaZaA | Copy of Dumb and Dumber - Boomshakalaka.mp3 | Shaggy | 3,690KB | Audio |
| penquin@KaZaA | Men Without Hats - Safety Dance (original).mp3 | Men Without Hats | 2,589KB | Audio |
| penquin@KaZaA | AvrilLavigne-LetGo-03-SkaterBoy.wma | Avril Lavigne | 1,631KB | Audio |
| penquin@KaZaA | Nine Days - Absolutely (Story Of A Girl).mp3 | Third Eye Blind | 2,904KB | Audio |
| penquin@KaZaA | Nelly - Country Grammer.mp3 | Nelly | 4,001KB | Audio |
| penquin@KaZaA | Lynyrd Skynyrd - What's Your Name.mp3 | Lynyrd Skynyrd | 3,281KB | Audio |
| penquin@KaZaA | CC Music Factory - Everybody Dance Now.mp3 | CC Music Factory | 3,851KB | Audio |
| penquin@KaZaA | Robert Palmer - Bad Case Of Loving You.mp3 | Robert Palmer | 2,971KB | Audio |
| penquin@KaZaA | Nazareth - Love Hurts.mp3 | Nazareth | 3,678KB | Audio |

Found 568 files | 2,981,118 users online, sharing 764,667,551 files (64.5 | Not sharing any files