# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Shop | Tell A Friend
New search | Download | Search | Traffic | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Nazareth - Love Hurts.mp3 | Nazareth | 3,678KB | Audio |
| penquin@KaZaA | Beastie Boys - Intergalatic.mp3 | Beastie Boys | 3,966KB | Audio |
| penquin@KaZaA | Craig David - Walking Away.mp3 | Craig David | 3,238KB | Audio |
| penquin@KaZaA | DMX - Up In Here.mp3 | DMX | 4,230KB | Audio |
| penquin@KaZaA | Ludacris-I wanna lick you.mp3 | Ludacris | 3,126KB | Audio |
| penquin@KaZaA | Craig David - Seven Days.mp3 | Craig David | 3,617KB | Audio |
| penquin@KaZaA | Bob Seiger - Turn the page.mp3 | Bob Seiger | 4,817KB | Audio |
| penquin@KaZaA | gary allan - alright guy 01 - man to man.mp3 | Gary Allen | 3,436KB | Audio |
| penquin@KaZaA | cc music factory - pump up the jam.mp3 | Cc Music Factory | 3,276KB | Audio |
| penquin@KaZaA | Tim Mcgraw and Faith Hill - It's Your Love.mp3 | Tim McGraw_Faith Hill | 3,520KB | Audio |
| penquin@KaZaA | ACDC - Hells Bells.mp3 | ACDC | 4,882KB | Audio |
| penquin@KaZaA | ACDC - TNT.mp3 | AC/DC | 3,352KB | Audio |
| penquin@KaZaA | Beastie Boys - Fight For Your Right To Party.mp3 | Beastie Boys | 3,243KB | Audio |
| penquin@KaZaA | Stevie Wonder - Uptight (Ev.mp3 | Stevie Wonder | 3,410KB | Audio |
| penquin@KaZaA | ACDC - Back In Black.mp3 | AC/DC | 3,974KB | Audio |
| penquin@KaZaA | Champs - Tequila.mp3 | Champs | 2,079KB | Audio |
| penquin@KaZaA | ACDC - Have A Drink On Me (1).mp3 | AC/DC | 3,735KB | Audio |
| penquin@KaZaA | Stand By Me- Ben E. King.mp3 | The Temptations | 2,058KB | Audio |
| penquin@KaZaA | Pink Floyd - Schools Out For Summer.mp3 | Pink Floyd | 2,868KB | Audio |
| penquin@KaZaA | Romantics - What I Like About You (1).mp3 | Ramones | 2,779KB | Audio |

Found 568 files | 2,981,118 users online, sharing 764,667,351 files (61.61 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Romantics - What I Like About You (1).mp3 | Ramones | 2,779KB | Audio |
| penquin@KaZaA | ACDC - Heatseeker.mp3 | AC/DC | 3,606KB | Audio |
| penquin@KaZaA | Bachman Turner Overdrive - You Ain't Seen Nothing Yet.m... | Bachman Turner Overdrive | 3,393KB | Audio |
| penquin@KaZaA | Oldies - Brown Eyed Girl.mp3 | Oldies | 2,172KB | Audio |
| penquin@KaZaA | ACDC - Shook me all night long.mp3 | AC/DC | 3,628KB | Audio |
| penquin@KaZaA | REO Speedwagon - Roll With The Changes.mp3 | REO Speedwagon | 3,968KB | Audio |
| penquin@KaZaA | Ramones - Hey Ho, Lets Go.mp3 | Ramones | 2,032KB | Audio |
| penquin@KaZaA | 80s - Deff Leperd - Pour Some Suger On Me.mp3 | Def Leppard | 4,580KB | Audio |
| penquin@KaZaA | Rolling Stones - Start Me U..mp3 | Rolling Stones | 4,192KB | Audio |
| penquin@KaZaA | Three Doors Down - Superman Kryptonite.mp3 | Three Doors Down | 5,499KB | Audio |
| penquin@KaZaA | [RKelly]-I_Belive_I_Can_Fly.mp3 | R. Kelly | 4,536KB | Audio |
| penquin@KaZaA | Sister Act II Soundtrack - Oh Happy Day.mp3 | Lauryn Hill | 3,692KB | Audio |
| penquin@KaZaA | Bob Seger - Old Time Rock n Roll.mp3 | Bob Seger | 4,484KB | Audio |
| penquin@KaZaA | 70s_80s - i love rock n' roll.mp3 | Joan Jett | 2,730KB | Audio |
| penquin@KaZaA | AC DC - Dirty Deeds.mp3 | ACDC | 3,943KB | Audio |
| penquin@KaZaA | All4one - Love you like that.mp3 | ALL 4 ONE | 4,134KB | Audio |
| penquin@KaZaA | Donnas - Keep On Loving You.mp3 | Reo Speedwagon | 2,692KB | Audio |
| penquin@KaZaA | Ludicris - You's A Ho.mp3 | Ludacris | 2,668KB | Audio |
| penquin@KaZaA | Head East - Never Been Any Reason.mp3 | Head East | 4,875KB | Audio |
| penquin@KaZaA | Tommy James The Shondells - Mony Mony.mp3 | Tommy James _The Sho... | 2,739KB | Audio |

Found 568 files | 2,931,118 users online, sharing 764,667,561 files (6T.5) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Tommy James_The Shondells - Mony Mony.mp3 | Tommy James _The Sho... | 2,739KB | Audio |
| penquin@KaZaA | Nazareth - Black Betty.mp3 | Nazareth | 3,251KB | Audio |
| penquin@KaZaA | Jock James - Da Dip.mp3 | Jock Jams | 3,360KB | Audio |
| penquin@KaZaA | Totally 80's- Hit Me With Your Best Shot.mp3 | 80s | 2,676KB | Audio |
| penquin@KaZaA | George Strait - Carrying Your Love With Me.mp3 | George Strait | 3,622KB | Audio |
| penquin@KaZaA | Oldies - Going to the Chapel of Love.mp3 | Oldies | 2,661KB | Audio |
| penquin@KaZaA | Tentations Oldies - Sugar Pie , Honey Bunch - The Temtati... | Temptations | 2,552KB | Audio |
| penquin@KaZaA | Oldies--60's The Archies - Sugar, Sugar.mp3 | the archies | 2,626KB | Audio |
| penquin@KaZaA | Oldies - Temptations - My girl.mp3 | The Temptations | 2,527KB | Audio |
| penquin@KaZaA | Aerosmith - Dude Looks Like A Lady.mp3 | Aerosmith | 4,137KB | Audio |
| penquin@KaZaA | Chuck Berry - Johnny B. Goode..mp3 | Chuck Berry | 2,539KB | Audio |
| penquin@KaZaA | B2K- Bump Bump Bump ft P Diddy.mp3 | B2K | 3,577KB | Audio |
| penquin@KaZaA | Lone Star - One More Day .mp3 | Lonestar | 3,712KB | Audio |
| penquin@KaZaA | Bad Company - The Boys are Back in Town (1).mp3 | Thin Lizzy | 3,152KB | Audio |
| penquin@KaZaA | Steve Miller Band - Keep On Rocking Me Baby (1).mp3 | Steve Miller Band | 2,559KB | Audio |
| penquin@KaZaA | I like big butts and i cannot lie.mp3 | Jock Jams | 4,104KB | Audio |
| penquin@KaZaA | Foreigner - Juke Box Hero.mp3 | Foreigner | 4,053KB | Audio |
| penquin@KaZaA | Boots Are Made For Walking.mp3 | Nancy Sinatra | 2,502KB | Audio |
| penquin@KaZaA | A Fathers Love.mp3 | George Strait | 2,738KB | Audio |
| penquin@KaZaA | Tim Mcgraw - Where the Green Grass Grows.mp3 | Tim Mcgraw, Toby Keith | 3,154KB | Audio |

Found 969 files     2,981,116 users online, sharing 784,667,351 files (64.8) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Tim Mcgraw - Where the Green Grass Grows.mp3 | Tim Mcgraw_Toby Keith | 3,154KB | Audio |
| penquin@KaZaA | Jock Jams - Chumbawumba - I Get Knocked Down ok..m... | New England Patriots | 3,314KB | Audio |
| penquin@KaZaA | Alabama - Song of the South.mp3 | Alabama | 2,618KB | Audio |
| penquin@KaZaA | Tim Magraw - Barbecue Stain(1).mp3 | Tim Magraw | 2,856KB | Audio |
| penquin@KaZaA | Tim Mcgraw - Don't Take The Girl.mp3 | Tim McGraw | 3,894KB | Audio |
| penquin@KaZaA | Foreigner - Cold As Ice.mp3 | Foreigner | 3,155KB | Audio |
| penquin@KaZaA | Jock Jams - Tootsie Roll.mp3 | Jock Jams | 3,806KB | Audio |
| penquin@KaZaA | tim mcgraw - Dust On The Bottle.mp3 | Tim McGraw | 3,510KB | Audio |
| penquin@KaZaA | Montell Jordan - This Is How We Do It.mp3 | Montell Jordan | 3,108KB | Audio |
| penquin@KaZaA | Deadeye Dick - New Age Girl.mp3 | Dead Eye Dick | 3,278KB | Audio |
| penquin@KaZaA | Walk A Little Straighter - Billy Currington.mp3 | Billy Currington | 3,538KB | Audio |
| penquin@KaZaA | Creed - With Arms Wide Open.mp3 | Creed | 3,220KB | Audio |
| penquin@KaZaA | Beastie Boys - Live In Sydney - 05_20_99 - 19 - Super Disc... | Beastie Boys | 2,177KB | Audio |
| penquin@KaZaA | Rod Stewart - Forever Young.mp3 | Rod Stewart | 3,849KB | Audio |
| penquin@KaZaA | jim carrey - the most annoying sound in papa johns.mp3 | Jim Carrey | 194KB | Audio |
| penquin@KaZaA | Steve Miller Band - Space Cowboy.mp3 | Steve Miller Band | 3,398KB | Audio |
| penquin@KaZaA | Toby Keith - I Wanna Talk About Me.mp3 | Toby Keith | 4,312KB | Audio |
| penquin@KaZaA | Linkin Park - In The End.mp3 | Linkin Park | 3,382KB | Audio |
| penquin@KaZaA | DJ Sammy_Yanou Feat. Do - Heaven (Radio Version).mp3 | DJ Sammy | 3,634KB | Audio |
| penquin@KaZaA | alabama - high cotton.mp3 | Alabama | 2,454KB | Audio |

Found 568 files | 2,981,118 users online, sharing 764,667,551 files (64.6) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Stop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | alabama - high cotton.mp3 | Alabama | 2,454KB | Audio |
| penquin@KaZaA | Foreigner - I Just Died In Your Arms Tonight.mp3 | Foreigner | 4,332KB | Audio |
| penquin@KaZaA | Toby Kieth - How Do You Like Me Now.mp3 | Toby Keith | 2,422KB | Audio |
| penquin@KaZaA | Kool The Gang - Brickhouse.mp3 | Commodores | 3,217KB | Audio |
| penquin@KaZaA | BTO - Taking Care of Business.mp3 | BTO | 4,600KB | Audio |
| penquin@KaZaA | KC_the_Sunshine Band - Do a Little Dance, Make a Little L... | KC and the Sunshine Band | 3,122KB | Audio |
| penquin@KaZaA | KC_the_Sunshine Band -- Play That Funky Music White Boy... | KC and the Sunshine Band | 2,999KB | Audio |
| penquin@KaZaA | whitestripes-elephant-seven nation army.mp3 | The White Stripes | 5,397KB | Audio |
| penquin@KaZaA | Forrest Gump - Lynard Skynard - Sweet Home Alabama.mp3 | Lynard Skynard | 3,510KB | Audio |
| penquin@KaZaA | Foreigner - Feels Like The First Time.mp3 | Foreigner | 3,590KB | Audio |
| penquin@KaZaA | Aerosmith - Chip Away at the Stone.mp3 | Aerosmith | 3,864KB | Audio |
| penquin@KaZaA | Bee Gees - Staying Alive.mp3 | Bee Gees | 4,495KB | Audio |
| penquin@KaZaA | BeeGees-    Kung Foo Fighting.mp3 | Bee Gees | 3,084KB | Audio |
| penquin@KaZaA | Petey Pablo _Timbaland - Raise Up.mp3 | Petey Pablo | 4,300KB | Audio |
| penquin@KaZaA | Foreigner - Dont Stop Believin.mp3 | Journey | 5,594KB | Audio |
| penquin@KaZaA | Grease - Greased Lighting.mp3 | Grease | 3,007KB | Audio |
| penquin@KaZaA | Bob Mcgraw The cowboy in me.mp3 | Tim Mcgraw | 3,820KB | Audio |
| penquin@KaZaA | Toby Keith - A Little Less Talk And A Lot More Action.mp3 | TOBY KEITH | 2,662KB | Audio |
| penquin@KaZaA | truth_hurts_F_rakim-addictive_(dirty_version)-ego(2).mp3 | Tim McGraw | 11,560KB | Audio |
| penquin@KaZaA | Shes My Kind of Rain.mp3 | Tim McGraw | 4,283KB | Audio |

Found 568 files    2,961,115 users online, sharing 764,667,551 files (64.6) Not sharing any files.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New Search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Shes My Kind of Rain.mp3 | Tim McGraw | 4,283KB | Audio |
| penquin@KaZaA | Cletus T Judd - Every Light in the House Is Blown.mp3 | Cledus T. Judd | 2,796KB | Audio |
| penquin@KaZaA | KC and Jojo - All My Life.mp3 | KCI and JoJo | 5,169KB | Audio |
| penquin@KaZaA | ACDC - Highway To Hell.mp3 | ACDC | 3,252KB | Audio |
| penquin@KaZaA | Hey Mr. Taliban (Comedy).mp3 | Adam Sandler | 1,918KB | Audio |
| penquin@KaZaA | Tom Green - The Bum Bum Song.mp3 | Tom Green | 4,837KB | Audio |
| penquin@KaZaA | Comedy - Your Momma Jokes.mp3 | Chris Rock | 1,211KB | Audio |
| penquin@KaZaA | Comedy  Weird Al - I Like Big Butts (1).mp3 | Weird Al | 2,370KB | Audio |
| penquin@KaZaA | 50 Cent - In Da Club.MP3 | 50 Cents | 1,453KB | Audio |
| penquin@KaZaA | Track 13.MP3 | Eminem ft. Aerosmith | 2,310KB | Audio |
| penquin@KaZaA | Three Doors Down - Love Me When Im Gone.mp3 | 3 Doors Down | 5,884KB | Audio |
| penquin@KaZaA | Aerosmith - Leaving on a Jetplane.mp3 | Areosmith | 4,378KB | Audio |
| penquin@KaZaA | Kid Rock - Cowboy.mp3 | Kid Rock | 4,029KB | Audio |
| penquin@KaZaA | Nelly Feat Kelly Rowland - Dilemma.mp3 | Nelly Feat Kelly Rowland | 5,650KB | Audio |
| penquin@KaZaA | ACDC - Thunderstruck.mp3 | AC/DC | 4,569KB | Audio |
| penquin@KaZaA | Bryan Adams - Summer of 69.mp3 | Bryan Adams | 3,350KB | Audio |
| penquin@KaZaA | COUNTRY- tim, go to her heart.mp3 | Tim McGraw | 2,870KB | Audio |
| penquin@KaZaA | Nas-Oochi Walli Walli (1).mp3 | Nas | 4,328KB | Audio |
| penquin@KaZaA | Gloria Gaynor - I Will Survive.mp3 | Gloria Gaynor | 4,489KB | Audio |
| penquin@KaZaA | vanessa carlton- 1000 miles (1).mp3 | Carlton, Vannessa | 2,804KB | Audio |

Found 566 files   2,991,118 users online, sharing 764,667,551 files (6463) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | vanessa carlton- 1000 miles (1).mp3 | Carlton, Vennessa | 2,804KB | Audio |
| penquin@KaZaA | Richard Marx - I'll Be Right Here Waiting For You.mp3 | Monica and 112 | 4,188KB | Audio |
| penquin@KaZaA | Bryan Adams - Everything I Do.mp3 | Bryan Adams | 6,150KB | Audio |
| penquin@KaZaA | George Thorogood - Bad To The Bone.mp3 | George Thorogood | 4,605KB | Audio |
| penquin@KaZaA | Tom Petty _The Heartbreakers - Dont Do Me Like That.mp3 | Tom Petty | 2,685KB | Audio |
| penquin@KaZaA | Dumb and Dumber - Moking bird.mp3 | dumb and dumber | 1,092KB | Audio |
| penquin@KaZaA | Italian Hottie Home Naked.mpg | | 26,404KB | Video |
| penquin@KaZaA | Beastie Boys- Girls, Girls, Girls.mp3 | Beastie Boys | 2,046KB | Audio |
| penquin@KaZaA | Beasty Boys w Cypress Hill Watcha Want.mp3 | Beastie Boys and Cypress... | 3,832KB | Audio |
| penquin@KaZaA | 69 Boys- Whoop Ther It Is.MP3 | 69 Boyz | 2,616KB | Audio |
| penquin@KaZaA | Rap-Beasty Boys - Brass Money.mp3 | Beastie Boys | 1,844KB | Audio |
| penquin@KaZaA | Limp Bisket-My way.mp3 | Limp Bisket | 4,272KB | Audio |
| penquin@KaZaA | 05 Songs About Rain.mp3 | Gary Allen | 4,154KB | Audio |
| penquin@KaZaA | Black Sabbath - Iron Man.mp3 | Black Sabbath | 5,105KB | Audio |
| penquin@KaZaA | Copy of Adam Sandler - I Ran Over The Taco Bell Dog.mp3 | Adam Sandler | 1,156KB | Audio |
| penquin@KaZaA | Ramones - I Wanna Be Sedated.mp3 | Ramones | 2,338KB | Audio |
| penquin@KaZaA | Alvin and the Chipmunks - Hula Hoop.mp3 | Alvin and the Chipmunks | 2,226KB | Audio |
| penquin@KaZaA | George Strait - Write This Down.mp3 | George Strait | 3,453KB | Audio |
| penquin@KaZaA | Brooks, Garth - Boot Scootin Boogie.mp3 | Garth Brooks | 4,880KB | Audio |
| penquin@KaZaA | Adam Sandler - Happy Gilmore - Suck My White Ass Ball.mp3 | Happy Gilmore | 682KB | Audio |

Found 558 files | 2,981,118 users online, sharing 764,667,551 files (64.5 | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Stop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Adam Sandler - Happy Gilmore - Suck My White Ass Ball.mp3 | Happy Gilmore | 682KB | Audio |
| penquin@KaZaA | 50 Cent - Wangsta.mp3 | 50 Cent | 3,179KB | Audio |
| penquin@KaZaA | Adam Sandler - Kermit and Elmo stoned.mp3 | Adam Sandler | 1,172KB | Audio |
| penquin@KaZaA | taproot-poem.mp3 | Taproot | 3,031KB | Audio |
| penquin@KaZaA | Dierks Bentley- What Was I thinking.mp3 | Dierks Bentley | 3,621KB | Audio |
| penquin@KaZaA | the gap band - you dropped a bomb on me.mp3 | Gap Band | 3,702KB | Audio |
| penquin@KaZaA | The Chipmunks - Play That Funky Music, Chipmunk.mp3 | Alvin and The Chipmunks | 1,538KB | Audio |
| penquin@KaZaA | DMx - Ruff Ryders Anthem (Clean).mp3 | DMX | 3,256KB | Audio |
| penquin@KaZaA | Mettalica - Unforgiven.MP3 | Metallica | 4,538KB | Audio |
| penquin@KaZaA | No Problem1.mp3 | Kenny Chesney | 3,301KB | Audio |
| penquin@KaZaA | Seal - Kiss From A Rose.mp3 | Seal | 4,498KB | Audio |
| penquin@KaZaA | Pink Floyd - Hey Teacher! Leave those kids alone .mp3 | Pink Floyd | 3,776KB | Audio |
| penquin@KaZaA | Beastie Boys - Three Mcs One Dj (live version).mp3 | Beastie Boys | 2,159KB | Audio |
| penquin@KaZaA | Eminem - The Real Slim Shady.mp3 | Eminem | 4,489KB | Audio |
| penquin@KaZaA | Theory of a Deadman - Make Up Your Mind.mp3 | Theory of a Dead Man | 3,808KB | Audio |
| penquin@KaZaA | Billy Idol - White Wedding.mp3 | Billy Idol | 3,897KB | Audio |
| penquin@KaZaA | Brad Paisley - Celebrity.mp3 | Brad Paisley | 3,562KB | Audio |
| penquin@KaZaA | Puddle In The Mudd - Control.mp3 | Puddle In The Mudd | 3,610KB | Audio |
| penquin@KaZaA | Cheap Trick - I Want You To Want Me.mp3 | Cheap Trick | 3,507KB | Audio |
| penquin@KaZaA | Beastie Boys - Paul Revere.mp3 | Beastie Boys | 3,451KB | Audio |



Found 566 files | 2,981,118 users online, sharing 761,667,551 files (64.6) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Beastie Boys - Paul Revere.mp3 | Beastie Boys | 3,451KB | Audio |
| penquin@KaZaA | Queen - Crazy Little Thing Called Love.mp3 | Cheap Trick | 2,624KB | Audio |
| penquin@KaZaA | Beastie Boys - Rhymin and Stealin.mp3 | Beastie Boys | 3,873KB | Audio |
| penquin@KaZaA | Black Sabbath - Paranoid.mp3 | Black Sabbath | 2,671KB | Audio |
| penquin@KaZaA | Real Good Man.mp3 | Tim McGraw | 3,008KB | Audio |
| penquin@KaZaA | The Calling - Wherever You Will Go (1).mp3 | The Calling | 4,860KB | Audio |
| penquin@KaZaA | Beastie Boys - Slow and Low.mp3 | Beastie Boys | 3,408KB | Audio |
| penquin@KaZaA | Kinks - My Sherona.mp3 | The Knack | 4,042KB | Audio |
| penquin@KaZaA | Led Zepplin - Rock and Roll.mp3 | Led Zepplin | 3,451KB | Audio |
| penquin@KaZaA | Rocky Theme Song.mp3 | Movie Sound Tracks | 2,370KB | Audio |
| penquin@KaZaA | Aerosmith - Janie's Got A Gun.mp3 | Aerosmith | 5,173KB | Audio |
| penquin@KaZaA | Brian Mcnight- back at one.mp3 | Brian McKnight | 4,088KB | Audio |
| penquin@KaZaA | Queen - Another One Bites The Dust (1).mp3 | Queen | 3,389KB | Audio |
| penquin@KaZaA | Nirvana - Come As You Are.mp3 | Nirvana | 3,430KB | Audio |
| penquin@KaZaA | 80's rock-twisted sister-come on feel the noise.Mp3 | Twisted Sister | 4,066KB | Audio |
| penquin@KaZaA | HEAVY METAL - Mettalica - Master of puppets.mp3 | Metallica | 8,030KB | Audio |
| penquin@KaZaA | Creed - Weathered.mp3 | Creed | 4,666KB | Audio |
| penquin@KaZaA | Collective Soul -Spit Me Out.mp3 | Collective Soul | 4,459KB | Audio |
| penquin@KaZaA | Tom Petty - Refugee.mp3 | Tom Petty | 3,084KB | Audio |
| penquin@KaZaA | Collective Soul - Shine.mp3 | Collective Soul | 4,806KB | Audio |

Found 368 files | 2,981,118 users online, sharing 764,587,551 files (64.6) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Collective Soul - Shine.mp3 | Collective Soul | 4,806KB | Audio |
| penquin@KaZaA | DMX-CRADLE TO THE GRAVE SOUNDTRACK-Follow me gan... | 50 Cent | 3,622KB | Audio |
| penquin@KaZaA | Tim McGraw - Indian Outlaw.mp3 | Tim McGraw | 2,808KB | Audio |
| penquin@KaZaA | Creed - One Last Breath.mp3 | Creed | 3,257KB | Audio |
| penquin@KaZaA | Styx - Mr. Roboto.mp3 | Styx | 5,147KB | Audio |
| penquin@KaZaA | Tim Mcgraw - Unbroken.mp3 | Tim McGraw | 3,773KB | Audio |
| penquin@KaZaA | Foreigner - Eye of the tiger (Rocky Soundtrack).mp3 | Foreigner | 3,811KB | Audio |
| penquin@KaZaA | Pat Green - Wave on Wave.mp3 | Pat Green | 3,727KB | Audio |
| penquin@KaZaA | Queen - Bohemian Rap City.mp3 | Queen | 4,151KB | Audio |
| penquin@KaZaA | James Brown - Sex Machine.mp3 | James Brown | 4,935KB | Audio |
| penquin@KaZaA | Lil John_The Eastside Boys Feat. Ludicris - Bia Bia.mp3 | Ludicris | 4,746KB | Audio |
| penquin@KaZaA | Kenny Chesney - There Goes My Life.mp3 | Kenney Chesney | 1,952KB | Audio |
| penquin@KaZaA | 02 - Who Wouldn't Want To Be Me.mp3 | Keith Urban | 6,358KB | Audio |
| penquin@KaZaA | Blink182 - Carry me home (1).mp3 | Blink 182 | 2,627KB | Audio |
| penquin@KaZaA | Inner Circle - Bad Boys.mp3 | Inner Circle | 3,560KB | Audio |
| penquin@KaZaA | Queen - We Will Rock You.mp3 | Queen | 1,903KB | Audio |
| penquin@KaZaA | Weird Al Yankovic - Amish Paradise.mp3 | Weird Al Yankovic | 3,116KB | Audio |
| penquin@KaZaA | Judds - Wynonna Judd - I Saw The Light.mp3 | Wynonna Judd | 3,681KB | Audio |
| penquin@KaZaA | Montgomery Gentry - Hell Yeah.mp3 | Montgomery Gentry | 4,548KB | Audio |
| penquin@KaZaA | Terri Clark - Pain To Kill - 05 - I Wanna Do It All.mp3 | Terri Clark | 2,711KB | Audio |

Found 568 files   2,981,118 users online, sharing 764,647,551 files (64.5)   Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Terri Clark - Pain To Kill - 05 - I Wanna Do It All.mp3 | Terri Clark | 2,711KB | Audio |
| penquin@KaZaA | Reba Macintire - Is There Life Out There.mp3 | Reba McEntire | 2,952KB | Audio |
| penquin@KaZaA | Patty Loveless - Lovin All Night.mp3 | Patty Loveless | 6,788KB | Audio |
| penquin@KaZaA | 16-walkin' In Memphis.mp3 | Lonestar | 5,414KB | Audio |
| penquin@KaZaA | Beach Boys - I Get Around.mp3 | Beach Boys | 2,080KB | Audio |
| penquin@KaZaA | Weird Al Yankovic - Pretty Fly For A Rabbi.mp3 | Weird Al Yankovic | 2,855KB | Audio |
| penquin@KaZaA | Tommy James _the Shondells - My Baby Does the Hanky ... | Tommy James_The Sho... | 2,836KB | Audio |
| penquin@KaZaA | Michael Jackson - Thriller.mp3 | Michael Jackson | 5,588KB | Audio |
| penquin@KaZaA | Mark Wills - And The Crowd Goes Wild.mp3 | Mark Wills | 3,698KB | Audio |
| penquin@KaZaA | Joe Nichols - Brokenheartsville.mp3 | Joe Nichols | 3,622KB | Audio |
| penquin@KaZaA | Jonny Rebel- Coon Shootin' Boogie.mp3 | Johnny Rebel | 1,892KB | Audio |
| penquin@KaZaA | Matchbox 20 - Rainmaker.mp3 | Matchbox 20 | 3,616KB | Audio |
| penquin@KaZaA | Country-George Strait - Check Yes Or No.mp3 | George Strait | 2,872KB | Audio |
| penquin@KaZaA | Im Gonna Miss Her- (Fishing Song) Brad Paisley  (1) (1).mp3 | Brad Paisley | 3,035KB | Audio |
| penquin@KaZaA | Comedy - John Valby - Leroy the big lip nigger (1).mp3 | Johnny Rebel | 1,352KB | Audio |
| penquin@KaZaA | 99.9 % SURE ( I NEVER BEEN HERE BEFORE) - BRIAN MC... | Brian McComas | 3,060KB | Audio |
| penquin@KaZaA | Coldplay - Clocks.mp3 | Coldplay | 4,804KB | Audio |
| penquin@KaZaA | ZZ Top - Tush.mp3 | ZZ Top | 2,152KB | Audio |
| penquin@KaZaA | ZZ Top - Sharp Dressed Man.mp3 | ZZ Top | 3,948KB | Audio |
| penquin@KaZaA | Gone in 60 Seconds- Zztop - Low Rider .mp3 | ZZ top | 1,186KB | Audio |

Found 566 files | 2,981,118 users online, sharing 764,667,551 Files (64.16) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | | Search | Traffic | Stop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Gone in 60 Seconds- Zztop - Low Rider.mp3 | ZZ top | 1,186KB | Audio |
| penquin@KaZaA | Chris Cagle-Chicks Dig It.mp3 | Chris Cagle | 3,759KB | Audio |
| penquin@KaZaA | Sara Evans - Perfect.mp3 | Sara Evans | 5,667KB | Audio |
| penquin@KaZaA | Jermaine Dupri 02 - Welcome To Atlanta.mp3 | Ludicris feat. Jermaine D... | 1,960KB | Audio |
| penquin@KaZaA | Buddy Jewell - 03 - Sweet Southern Comfort.mp3 | Buddy Jewell | 3,344KB | Audio |
| penquin@KaZaA | Saliva - Click Click Boom.mp3 | Saliva | 3,452KB | Audio |
| penquin@KaZaA | Easy E - Boyz n the Hood.mp3 | Eazy-E | 5,964KB | Audio |
| penquin@KaZaA | still frame-trapt_trapt.mp3 | trapt | 6,444KB | Audio |
| penquin@KaZaA | Micheal Jackson - Beat It.mp3 | Michael Jackson | 1,741KB | Audio |
| penquin@KaZaA | 01 - Brooks and Dunn - You Can't Take The Honky Tonk Ou... | Brooks and Dunn | 5,183KB | Audio |
| penquin@KaZaA | Trapt - Headstrong.mp3 | Trapt | 4,466KB | Audio |
| penquin@KaZaA | _Garth Brooks And Trisha Yearwood, Honey Can You Sque... | Garth Brooks | 3,269KB | Audio |
| penquin@KaZaA | Country-Kissable, Huggable, Loveable, Unbelievable.mp3 | Dimond Rio | 2,766KB | Audio |
| penquin@KaZaA | Shania Twain - You're Still The One.mp3 | SHANIA TWAIN | 3,344KB | Audio |
| penquin@KaZaA | Reba McEntire - I'm Gonna Take That Mountain.MP3 | Reba M | 6,370KB | Audio |
| penquin@KaZaA | Aerosmith - I Don't Wanna Miss A Thing.mp3 | Areosmith | 4,361KB | Audio |
| penquin@KaZaA | Keith Urban - Somebody Like You [Soundtrack Remix].mp3 | How to Lose a Guy in Ten... | 3,621KB | Audio |
| penquin@KaZaA | keith urban - where the black top ends.mp3 | Keith Urban | 4,222KB | Audio |
| penquin@KaZaA | J-Kwon - Get Tipsy.mp3 | J-Kwon | 3,728KB | Audio |
| penquin@KaZaA | Elton John - Greatest Hits Volume II - 03 - Tiny Dancer.mp3 | Elton John | 2,939KB | Audio |

Found 567 files    2,981,118 users online, sharing 764,667,551 files (6,4/5[ Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Elton John - Greatest Hits Volume II - 03 - Tiny Dancer.mp3 | Elton John | 2,939KB | Audio |
| penquin@KaZaA | Pearl Jam - Jeremy.mp3 | Pearl Jam | 4,988KB | Audio |
| penquin@KaZaA | C - Mark Willis - Nineteen Something.mp3 | Mark Wills | 3,089KB | Audio |
| penquin@KaZaA | Joe Nichols - The Impossible.mp3 | Joe Nichols | 3,799KB | Audio |
| penquin@KaZaA | Pearl Jam - Porch.mp3 | Pearl Jam | 3,289KB | Audio |
| penquin@KaZaA | Tom Petty - Stand My Ground.mp3 | Tom Petty | 2,752KB | Audio |
| penquin@KaZaA | Gary Allen - Right Where I Need To Be.mp3 | Gary Allen | 2,138KB | Audio |
| penquin@KaZaA | Led Zepplin - Kashmir.mp3 | Led Zeppelin | 8,014KB | Audio |
| penquin@KaZaA | Aqua - Barbie Girl.mp3 | Aqua | 3,031KB | Audio |
| penquin@KaZaA | Toby Keith - I Love This Bar(1).mp3 | Toby Keith | 3,868KB | Audio |
| penquin@KaZaA | Mark Wills - Dont Laugh At Me.mp3 | Mark Wills | 3,395KB | Audio |
| penquin@KaZaA | Matchbox Twenty - Unwell.mp3 | Matchbox Twenty | 3,127KB | Audio |
| penquin@KaZaA | Trisha Yearwood - She's An American Girl.mp3 | Trisha Yearwood | 2,630KB | Audio |
| penquin@KaZaA | COUNTRY MUSIC - What If She's An Angel.mp3 | COUNTRY MUSIC | 3,427KB | Audio |
| penquin@KaZaA | Brooks And Dunn - Red Dirt Road.mp3 | Brooks And Dunn | 3,722KB | Audio |
| penquin@KaZaA | Mark Willis - Jacob's letter.mp3 | Mark Wills | 2,902KB | Audio |
| penquin@KaZaA | Tracy Byrd - The Truth About Men.mp3 | Tracy Byrd | 2,745KB | Audio |
| penquin@KaZaA | Charlie Daniels Band - The Devil Went Down to Georgia.mp3 | Charlie Daniels Band | 3,392KB | Audio |
| penquin@KaZaA | Travis Tritt - It's A Great Day To Be Alive.mp3 | Travis Tritt | 3,770KB | Audio |
| penquin@KaZaA | White Zombie - Thunderkiss '65.mp3 | White Zombie | 4,033KB | Audio |

Found 568 files   2,981,113 users online, sharing 764,667,551 files (64.8) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | White Zombie - Thunderkiss '65.mp3 | White Zombie | 4,033KB | Audio |
| penquin@KaZaA | Dixie Chicks - Goodbye Earl.mp3 | Dixie Chicks | 4,049KB | Audio |
| penquin@KaZaA | 02 Dixie Chicks - Home - 02 - Landslide - Real File - RSA.mp3 | Dixie Chicks | 5,403KB | Audio |
| penquin@KaZaA | Tim Rushow - I Can't Be Your Friend.mp3 | Rushlow | 3,278KB | Audio |
| penquin@KaZaA | Bonecrusha - I Aint Never Scared.mp3 | T.I. Feat. Killer Mike, Bone... | 4,964KB | Audio |
| penquin@KaZaA | RICK JAMES - SUPERFREAK - DISCO 70'S 80'S KAUFLEUTE... | RICK JAMES | 3,462KB | Audio |
| penquin@KaZaA | Third Eye Blind - Never Let You Go (1).mp3 | Third Eye Blind | 3,707KB | Audio |
| penquin@KaZaA | Lil KIM Feat 50 Cent - Magic Stick.mp3 | 50 cent and Lil Kim | 2,068KB | Audio |
| penquin@KaZaA | Red_Hot Chilly Peppers - Scare Tissue.mp3 | Red Hot Chilly Peppers | 3,396KB | Audio |
| penquin@KaZaA | ACDC - Walk All Over You.mp3 | AC/DC | 4,800KB | Audio |
| penquin@KaZaA | Garth Brooks_Trisha Yearwood - In Another's Eyes.mp3 | Garth Brooks_Trisha Yea... | 3,358KB | Audio |
| penquin@KaZaA | Country Brooks And Dunn - Hard Workin Man.mp3 | Brooks And Dunn | 2,780KB | Audio |
| penquin@KaZaA | Brooks_Dunn - Steers and Stripes - 01 - Only In America... | Brooks_Dunn | 4,210KB | Audio |
| penquin@KaZaA | Brooks and Dunn - Neon Moon.mp3 | Brooks and Dunn | 3,572KB | Audio |
| penquin@KaZaA | Pearl Jam - Where Oh Where Can My Baby Be.mp3 | Pearl Jam | 3,047KB | Audio |
| penquin@KaZaA | Everlast - Black Jesus.mp3 | Everlast | 4,078KB | Audio |
| penquin@KaZaA | Neal McCoy - Give Me That Wink.mp3 | Neal McCoy | 2,541KB | Audio |
| penquin@KaZaA | Brooks and Dunn - god bless texas.mp3 | Brooks And Dunn | 3,172KB | Audio |
| penquin@KaZaA | Neal Mccoy - The Shake.mp3 | Neal McCoy | 3,326KB | Audio |
| penquin@KaZaA | Colin Raye - Thats My Story.mp3 | Colin Raye | 2,686KB | Audio |

Found 568 files    2,981,116 users online, sharing 734,667,551 files (64.6) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Colin Raye - Thats My Story.mp3 | Colin Raye | 2,886KB | Audio |
| penquin@KaZaA | Collin Raye - One Boy, One Girl.mp3 | Colin Raye | 3,815KB | Audio |
| penquin@KaZaA | Aaron Tippin - Kiss This.mp3.MP3 | Aaron Tippin | 2,396KB | Audio |
| penquin@KaZaA | OLDIES__505__60S__DO_WAH.MP3 | Oldies | 2,264KB | Audio |
| penquin@KaZaA | OLDIES - love shack.mp3 | 80's music | 5,061KB | Audio |
| penquin@KaZaA | 2pac-102-still_ballin_(feat_trick_daddy)-rns.mp3 | 2Pac | 3,977KB | Audio |
| penquin@KaZaA | Usher Pt.mp3 | Usher | 5,832KB | Audio |
| penquin@KaZaA | John Michael Montgomery - Letters From Home.mp3 | John Michael Montgomery | 4,115KB | Audio |
| penquin@KaZaA | Rednex - Cotton Eye Joe (Techno Remix).mp3 | Rednex | 3,012KB | Audio |
| penquin@KaZaA | Simple Plan - Addicted.mp3 | Simple Plan | 3,629KB | Audio |
| penquin@KaZaA | Cassidy Feat. R.Kelly - Hotel(1).mp3 | Cassidy Feat. R.Kelly | 4,675KB | Audio |
| penquin@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 3,388KB | Audio |
| penquin@KaZaA | lonstar - I'm Already There.mp3 | Lonestar | 3,976KB | Audio |
| penquin@KaZaA | Dixie Chicks- Traveling Solider.wma | Dixie Chicks | 2,714KB | Audio |
| penquin@KaZaA | Rascal_Flatts_-_These_Days.mp3 | Rascal Flatts | 3,390KB | Audio |
| penquin@KaZaA | Lonestar - She Said Yes.mp3 | Lone Star | 3,273KB | Audio |
| penquin@KaZaA | diamond rio - Beautiful Mess.mp3 | Diamond Rio | 3,460KB | Audio |
| penquin@KaZaA | Shania Twain - From this Moment.mp3 | Shania Twain | 6,291KB | Audio |
| penquin@KaZaA | J-Kwon -- Tipsy.mp3 | J-Kwon | 3,727KB | Audio |
| penquin@KaZaA | Various Artists-Sherrie Austin_Streets Of Heaven.mp3 | Sherrie Austin | 4,467KB | Audio |

Found 568 files | 2,981,118 users online, sharing 764,637,551 files (64.61 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User Name | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Various Artists-Sherrie Austin_Streets Of Heaven.mp3 | Sherrie Austin | 4,467KB | Audio |
| penquin@KaZaA | Ten Rounds with Jose Cuervo.mp3 | Tracy Byrd | 2,854KB | Audio |
| penquin@KaZaA | Riding With Private Malone-David Ball WT.mp3 | David Ball | 4,438KB | Audio |
| penquin@KaZaA | Tracy Byrd - I Like My Women On The Trashy Side.mp3 | Sawyer Brown | 3,050KB | Audio |
| penquin@KaZaA | Gretchen Wilson – Redneck Woman.mp3 | Gretchen Wilson | 3,001KB | Audio |
| penquin@KaZaA | Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,836KB | Audio |
| penquin@KaZaA | Tracy Byrd - Watermelon Crawl.mp3 | Tracy Byrd | 2,835KB | Audio |
| penquin@KaZaA | Avril Lavigne - Let Go - 04 - I'm With You.MP3 | Avril Lavigne | 3,499KB | Audio |
| penquin@KaZaA | Alan Jackson - Rock my world little country girl .mp3 | Brooks and Dunn | 3,456KB | Audio |
| penquin@KaZaA | Rascal Flatts - Melt - 04 - - Mayberry.mp3 | Rascal Flatts | 4,266KB | Audio |
| penquin@KaZaA | Kenny Chesney - She Don't Know She's Beautiful.mp3 | Brooks and Dunn | 2,716KB | Audio |
| penquin@KaZaA | Johnny Rebel - confederate anthem.mp3 | Johnny Rebel | 843KB | Audio |
| penquin@KaZaA | Avril Lavinge - I Don't Give A Damn.mp3 | Avril Lavigne | 3,434KB | Audio |
| penquin@KaZaA | Dixie Chicks - You Were Mine.mp3 | Dixie Chicks | 3,406KB | Audio |
| penquin@KaZaA | eminem -- the kids (unedited).mp3 | Eminem | 7,037KB | Audio |
| penquin@KaZaA | George Strait - Desperately.mp3 | George Strait | 3,869KB | Audio |
| penquin@KaZaA | (05) Daniel Beddingfield - If You're Not The One.wma | Daniel Bedingfield | 2,557KB | Audio |
| penquin@KaZaA | Confession Part II.mp3 | Usher | 3,138KB | Audio |
| penquin@KaZaA | Chubby Checker - The Twist.mp3 | Chubby Checker | 2,452KB | Audio |
| penquin@KaZaA | Rock - 80's - Foot Loose.mp3 | Rock | 3,992KB | Audio |

Found 568 Files | 2,981,118 users online, sharing 764,667,551 files (64.6T) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Rock - 80's - Foot Loose.mp3 | Rock | 3,992KB | Audio |
| penquin@KaZaA | Oldies - Shirelles - Lollipop.mp3 | Oldies | 2,026KB | Audio |
| penquin@KaZaA | 19-up1-when you kiss me -shania twain.mp3 | shania twain | 4,444KB | Audio |
| penquin@KaZaA | Full Metal Jacket - Like Old People Fuck.mp3 | Full metal jacket | 1,241KB | Audio |
| penquin@KaZaA | 50Cent - Pimp.mp3 | 50 Cent | 2,139KB | Audio |
| penquin@KaZaA | 11-linkin_park-nobodys_listening-fnt.mp3 | Linkin Park | 4,192KB | Audio |
| penquin@KaZaA | Jet - Cold Hard Bitch.wma | Jet | 3,860KB | Audio |
| penquin@KaZaA | Brooks and Dunn - I'm in a Hurry.mp3 | Brooks_Dunn | 2,654KB | Audio |
| penquin@KaZaA | brad paisley - little moments.mp3 | Brad Paisley | 5,145KB | Audio |
| penquin@KaZaA | 04 brad paisley - Wrapped Around.mp3 | Brad paisley | 3,172KB | Audio |
| penquin@KaZaA | John Michael Montgomery - Be My Baby Tonight.mp3 | John Michael Montgomery | 2,697KB | Audio |
| penquin@KaZaA | Dierks Bentley - My Last Name.mp3 | Dierks Bentley | 4,930KB | Audio |
| penquin@KaZaA | Trace Adkins - Chrome.mp3 | Trace Adkins | 3,172KB | Audio |
| penquin@KaZaA | yingyang.mp3 | Ying Yang Twins | 3,921KB | Audio |
| penquin@KaZaA | Shinedown - 45.mp3 | Shine Down | 3,904KB | Audio |
| penquin@KaZaA | Goo Goo Dolls - I Just Want You to Know Who I am.mp3 | Goo Goo Dolls | 3,999KB | Audio |
| penquin@KaZaA | 03-staind-so_far_away-rns.mp3 | Staind | 5,747KB | Audio |
| penquin@KaZaA | Oldies - Louie Louie.mp3 | Oldies | 2,595KB | Audio |
| penquin@KaZaA | 60's Oldies - Steam - Na na, Hey hey hey, Goodbye.mp3 | Oldies | 3,844KB | Audio |
| penquin@KaZaA | Eminem - Superman.mp3 | Eminem | 5,477KB | Audio |

Found 369 files  |  2,981,116 users online, sharing 764,667,551 files (6161) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Eminem - Superman.mp3 | Eminem | 5,477KB | Audio |
| penquin@KaZaA | This Is How We Do.mp3 | The game | 3,148KB | Audio |
| penquin@KaZaA | CD Girls - Masturbation - Regina.mpg | cd girls | 10,986KB | Video |
| penquin@KaZaA | Emerson Drive - I Should Be Sleeping.mp3 | Emerson Drive | 2,150KB | Audio |
| penquin@KaZaA | Maya - Ghetto Super Star (1).mp3 | Mya | 4,153KB | Audio |
| penquin@KaZaA | 02 - Keith Urban - Somebody Like You (Album Version).mp3 | Keith Urban | 4,963KB | Audio |
| penquin@KaZaA | 05 - Forever And For Always.mp3 | Shania Twain | 4,480KB | Audio |
| penquin@KaZaA | 02 - Courtesy of the Red White and Blue.mp3 | Toby Keith | 3,008KB | Audio |
| penquin@KaZaA | Blake Shelton - Austin.mp3 | Blake Shelton | 1,370KB | Audio |
| penquin@KaZaA | Faith Hill - Breathe.mp3 | Faith Hill | 3,925KB | Audio |
| penquin@KaZaA | Garth Brooks - Callin' Baton Rouge.mp3 | Garth Brooks | 2,438KB | Audio |
| penquin@KaZaA | Joe Nichols - If Nobody Believed In You.mp3 | Joe Nichols | 3,706KB | Audio |
| penquin@KaZaA | Juvinile - Slow Motion.wma | juvenile | 3,919KB | Audio |
| penquin@KaZaA | Lovers and Friends.wma | usher | 4,146KB | Audio |
| penquin@KaZaA | Petey Pablo-Freek-A-Leek.wma | Petey Pablo | 3,726KB | Audio |
| penquin@KaZaA | Tim McGraw - Live Like You Were Dying.mp3 | Tim McGraw | 4,496KB | Audio |
| penquin@KaZaA | Grath Brooks Ain't Going Down (Til The Sun.mp3 | Garth Brooks | 3,750KB | Audio |
| penquin@KaZaA | Mario Winans ft (1).mp3 | Mario | 5,567KB | Audio |
| penquin@KaZaA | Flashdance - She's A Maniac.mp3 | Flashdance | 3,947KB | Audio |
| penquin@KaZaA | Brad Paisley - We Danced.mp3 | Brad Paisley | 3,533KB | Audio |



Found 568 files  |  2,961,118 users online, sharing 764,667,551 files (64.6) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| penquin@KaZaA | Brad Paisley - We Danced.mp3 | Brad Paisley | 3,533KB | Audio |
| penquin@KaZaA | 7.Shenandoah Next To You, Next To Me.mp3 | Shenandoah | 4,726KB | Audio |
| penquin@KaZaA | Cake - Short Skirt, Long Jacket.mp3 | Cake | 3,284KB | Audio |
| penquin@KaZaA | Akon - Locked up (1).mp3 | Akon | 4,631KB | Audio |
| penquin@KaZaA | Gary Allen - Nothing On But The Radio.mp3 | Gary Allan | 2,494KB | Audio |
| penquin@KaZaA | mother two daughters son and dad avi videopimp mpg cand.. | Shalamar | 9KB | Audio |
| penquin@KaZaA | Phil Vassar- IN A REAL LOVE.mp3 | Unknown | 2,518KB | Audio |
| penquin@KaZaA | 01-murphy_lee-be_myself_(intro)-butt.mp3 | Murphy Lee | 862KB | Audio |
| penquin@KaZaA | Grease - Your The One That I Want.mp3 | Grease | 2,647KB | Audio |
| penquin@KaZaA | QWERTY (1).JPG | big D | 38KB | Image |
| penquin@KaZaA | british_teens_02_laura__amy_25 (3).jpg | Hot Females | 103KB | Image |
| penquin@KaZaA | Tim McGraw - Back When.mp3 | Tim McGraw | 4,677KB | Audio |
| penquin@KaZaA | Alan Jackson - I'm a Fool for You.mp3 | Alan Jackson | 2,310KB | Audio |
| penquin@KaZaA | DONT STOP YOU GET ENOUGH.mp3 | Michael Jackson | 5,703KB | Audio |
| penquin@KaZaA | Numb-Encore.mp3 | Linkin Park | 3,276KB | Audio |
| penquin@KaZaA | Michael Jackson - The Way You Make Me Feel (1).mp3 | Michael Jackson | 4,069KB | Audio |
| penquin@KaZaA | Alan Jackson - She's Gone Country.mp3 | Alan Jackson | 4,049KB | Audio |
| penquin@KaZaA | We Ready.mp3 | Archie Ft Bubba Sparxxx | 6,540KB | Audio |
| penquin@KaZaA | John Michael Montgomery - Life's A Dance.mp3 | John Michael Montgomery | 2,982KB | Audio |
| penquin@KaZaA | Garth Brooks - The Dance.mp3 | Garth Brooks | 3,446KB | Audio |

Found 568 files | 2,981,118 users online, sharing 754,667,551 files (64.6 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Types |
|---|---|---|---|---|
| penquin@KaZaA | Numb-Encore.mp3 | Linkin Park | 3,276KB | Audio |
| penquin@KaZaA | Michael Jackson - The Way You Make Me Feel (1).mp3 | Michael Jackson | 4,069KB | Audio |
| penquin@KaZaA | Alan Jackson - She's Gone Country.mp3 | Alan Jackson | 4,049KB | Audio |
| penquin@KaZaA | We Ready.mp3 | Archie Ft Bubba Sparxxx | 6,540KB | Audio |
| penquin@KaZaA | John Michael Montgomery - Life's A Dance.mp3 | John Michael Montgomery | 2,982KB | Audio |
| penquin@KaZaA | Garth Brooks - The Dance.mp3 | Garth Brooks | 3,446KB | Audio |
| penquin@KaZaA | Garth Brooks -Double Live - CD 1-08-Standing Outside The... | Garth Brooks | 2,533KB | Audio |
| penquin@KaZaA | Sugarland - Baby Girl.mp3 | Sugarland | 3,823KB | Audio |
| penquin@KaZaA | Chingy - Balla Baby (1).mp3 | Chingy | 4,568KB | Audio |
| penquin@KaZaA | Jimmy Wayne - Stay Gone .MP3 | Jimmy Wayne | 3,568KB | Audio |
| penquin@KaZaA | Josh Gracin - I Want To Live.mp3 | Josh Gracin | 5,461KB | Audio |
| penquin@KaZaA | rough orgy by the pool_1.mpg | Rocco | 7,687KB | Video |
| penquin@KaZaA | Young girl shaved pussy masterbating HQ vid.mpg | CD Girls | 19,697KB | Video |
| penquin@KaZaA | PORN. latin brazil nice body diff positions (1).mpeg | Erotica | 12,233KB | Video |
| penquin@KaZaA | Beyonce - Naughty Girl (1).mp3 | Beyonce | 5,697KB | Audio |
| penquin@KaZaA | Lisa Dergan golf ass.jpg | Unknown | 65KB | Image |
| penquin@KaZaA | Lisa Dergan In the shower Playboy Playmate BEATIFULL.jpg | Unknown | 211KB | Image |
| penquin@KaZaA | Lisa Dergan naked in dressing room.jpg | lisa dergan | 77KB | Image |
| penquin@KaZaA | lisa dergan playboy nude chappelle.jpg | Unknown | 2KB | Image |
| penquin@KaZaA | 199807_Lisa_Dergan_23.jpg | Unknown | 71KB | Image |

Found 500 files | 2,901,118 users online, sharing 764,567,551 files (64.6) | Not sharing any files