

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☒ ACTION  ☐ APPEAL

COURT NAME AND LOCATION
UNITED STATES DISTRICT COURT
Eastern District of Michigan
200 East Liberty Street
Ann Arbor, MI 48104

DOCKET NO. 05-74394  DATE FILED 11/17/05

PLAINTIFF
WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; BMG MUSIC; ARISTA RECORDS LLC; CAPITOL RECORDS, INC.; and ATLANTIC RECORDING CORP.

DEFENDANT
LARRY SCANTLEBURY

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## LARRY SCANTLEBURY

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Beastie Boys | Body Movin' | Hello Nasty | 277-731 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | You Were Mine | Wide Open Spaces | 252-000 |
| Atlantic Recording Corporation | Neal McCoy | The Shake | Be Good At It | 243-513 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Porch | Ten | 137-787 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Goodbye Earl | Fly | 275-086 |
| UMG Recordings, Inc. | George Strait | Carrying Your Love With Me | Carrying Your Love With Me | 238-679 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| BMG Music | Lonestar | Tell Her | Lonely Grill | 187-003 |