ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

                              Plaintiffs,

        vs.

LARRY SCANTLEBURY,

                              Defendant.

FILED
NOV 17 2005

Case Number: **05-74394**

ANNA DIGGS TAYLOR

Honorable VIRGINIA MORGAN

_____/

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to LR 83.4, Plaintiffs makes the following disclosure:
[NOTE: A negative report, if appropriate, is required.]

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

       Yes ✓           No _____

   If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

       See Attachment A.

2.     Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

       Yes _____           No ✓

   If the answer is "Yes", list the identity of such corporate or affiliate and the nature of the financial interest:

_____*Matthew Reichbach*_____    _____11/17/5_____
Signature of Counsel                 Date

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST
## ATTACHMENT A

Pursuant to LR 83.4, Plaintiffs make the following disclosure:

Plaintiff WARNER BROS. RECORDS INC.'s parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a joint venture owned by USCO Holdings Inc., BeSo Holding LLC, Ariola Eurodisc, Inc., Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s parent corporation is Vivendi Universal, S.A., a publicly held French company.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, which is not publicly traded.

Plaintiff CAPITOL RECORDS, INC.'s parent corporation is EMI Group PLC, a company publicly traded in the U.K.

Plaintiff ATLANTIC RECORDING CORPORATION's parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Respectfully submitted,

**Soble Rowe Krichbaum, LLP**

Dated: 11/17/5

By: *Matthew Krichbaum*
Matthew E. Krichbaum (P52491)
Jonathan D. Rowe (P 35384)
Attorneys for Plaintiffs
221 North Main Street, Suite 200
Ann Arbor, MI 48104
Telephone: (734)996-5600

2