UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROS. RECORDS INC.;
SONY BMG MUSIC ENTERTAINMENT;
UMG RECORDINGS; ET AL.

    Plaintiffs,

v.

LARRY SCANTLEBURY,

    Defendant.

Hon. Anna Diggs Taylor
Magistrate Judge Virginia M. Morgan
Case No. 05-cv-74394

---

JOHATHAN D. ROWE (P35384)
MATTHEW E. KRICHBAUM (P52491)
Attorneys for Plaintiffs
221 North Main Street, Suite 2001
Ann Arbor, Michigan 48104
(734) 996-5600

LARRY SCANTLEBURY
Pro Per
7049 Amberly Way
Ypsilanti, MI 48197
(734) 483-0063

---

## APPEARANCE

PLEASE TAKE NOTICE that I am representing myself in connection with the above captioned lawsuit. Please direct all further correspondence, communication, and other pertinent information to my attention at the address and telephone number listed above:

                                                /s/ Larry Scantlebury
                                                LARRY SCANTLEBURY
                                                Pro Per
                                                7049 Amberly Way
                                                Ypsilanti, MI 48197

Dated: February 7, 2006                         (734) 483-0063