**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WARNER BROTHERS RECORDS, INC.,
et al.,

                Plaintiff(s).        Civil Action No. 05-CV-74394-DT

v.                                              Honorable Anna Diggs Taylor

                                                    Magistrate Judge Virginia M. Morgan

LARRY SCANTLEBURY,

                Defendant(s).
_____/

**PROPOSED**
**SCHEDULING ORDER**

      The cause having come before the Court pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, the Court enters the following SCHEDULE controlling the progress of the matter. If, there is no objection to the terms of this order filed within 10 days of the date hereon, it shall become the final Order of the Court .

    **NOW, THEREFORE, IT IS ORDERED:**

    1.    **Discovery cut-off:**  All discovery requests shall be filed on or before **7/31/2006**.

    2.    Stipulated Request for Referral to the Mediation Tribunal Association must be made by using the format attached.

    3.    **Motion cut-off:  10/2/2006**.  This cut-off applies to all motions, including dispositive motions.

    4.    A **Final Pretrial Conference and/or Settlement Conference** will be held on: **Thursday, 12/14/2006 at 10:30 a.m.**  Clients or representatives with full authority to settle must attend this conference.

> *Pursuant to Local Rule XXI(C), trial counsel must be present at the Final Pretrial Conference.  Unless good cause is shown, only counsel appearing at the Final Pretrial Conference and/or Settlement Conference will be  permitted at the counsel table for trial.*

    5.    The Proposed Joint Pretrial Order shall be submitted to the Court  at the Final Pretrial Conference, and must be signed and approved by all counsel before the conference. Failure to comply will result in the assessment of costs and fees upon any party who has unreasonably prevented the preparation and execution of said Pretrial Order.

    6.    **Jury Trial** set for:  **Tuesday, 1/23/2007, at 9:00 a.m.**

7. Any motions adding parties must be filed on or before: **4/15/2006**

8. Other Matters:

    **NO FURTHER NOTICES WILL BE MAILED.**


                                                                s/Anna Diggs Taylor
                                                                ANNA DIGGS TAYLOR
                                                                UNITED STATES DISTRICT JUDGE

Dated: March 15, 2006

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (Jonathan D. Rowe and Larry Scantlebury, 7049 Amberly Way, Ypsilanti, MI 48197) disclosed on the Notice of Electronic Filing on **March 15, 2006**.

                                                                s/Johnetta M. Curry-Williams
                                                                Case Manager: 313-234-5107

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WARNER BROTHERS RECORDS, INC.,
et al.,

                Plaintiff(s).        Civil Action No. 05-CV-74394-DT

v.                                         Honorable Anna Diggs Taylor

                                         Magistrate Judge Virginia M. Morgan

LARRY SCANTLEBURY,

                Defendant(s).
_____/

## CONSENT TO PARTICIPATE IN MEDIATION

    In accordance with the provision of **Rule 16.3** of the Local Rules of the United States District Court for the Eastern District of Michigan, the parties in this case hereby voluntarily consent to participate in mediation, and agree that all portions of **Rule 16.3** of the Local Rules of the United States District Court for the Eastern District of Michigan shall apply to this mediation.

    The parties further agree to be bound by the provisions of the mediation rule contained in Michigan Court **Rule 2.403** including the provisions allowing for imposition of costs and attorneys' fees as sanctions.

Dated: _____

**SIGNATURE OF ATTORNEY:**                        **DATE SIGN:**

_____          _____
    Attorney for Plaintiff(s),  P#

_____          _____
    Attorney for Plaintiff(s),  P#

_____          _____
    Attorney for Defendant(s),  P#

_____          _____
    Attorney for Defendant(s),  P#