UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
ANN ARBOR DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>LARRY SCANTLEBURY,<br><br>        Defendant. | Case:05-CV-74394-DT<br><br>Hon.:Anna Diggs Taylor<br><br>Magistrate Judge Virginia M. Morgan |

| | |
|---|---|
| MATTHEW E. KRICHBAUM (P52491)<br>JONATHAN D. ROWE (P35384)<br>Soble Rowe Krichbaum, LLP<br>Attorneys for Plaintiffs<br>221 North Main Street, Suite 200<br>Ann Arbor, Michigan 48104<br>(734) 996-5600 | LARRY SCANTLEBURY<br>In Pro Per<br>7049 Amberly Way<br>Ypsilanti, MI  48197<br>(734) 483-0063 |

**PLAINTIFFS' PROPOSED MODIFICATION TO SCHEDULING ORDER**

     Plaintiffs, by and through their undersigned counsel, respectfully move this Court to modify the Proposed Scheduling Order to allow for discovery prior to the Add/Amend Deadline. In support of this Notice, Plaintiffs state the following:

     1.     This Court's Proposed Scheduling order of March 15, 2006, proposes a deadline to

add parties of April 15, 2006.

2.      Upon information and belief, this case potentially involves copyright infringement of more than just the Defendant.  Plaintiffs believe discovery will quickly be able to confirm or deny this.

3.      In the event this belief turns out to be true, Plaintiffs would like to be able to add additional parties.  The current deadline of April 15, 2006 does not allow enough time for discovery prior to having to do so.  Thus, Plaintiffs respectfully request this Court modify the Proposed Scheduling Order to have the Add/Amend deadline moved to June 15, 2006.

4.      Plaintiffs have contacted Defendant and he has agreed to the modification.

WHEREFORE, Plaintiffs respectfully ask this Court to alter its Proposed Scheduling Order and move the Add/Amend deadline to June 15, 2006.

Respectfully submitted,

**Soble Rowe Krichbaum, LLP**

By:   s/ Matthew E. Krichbaum
      Matthew E. Krichbaum (P52491)
      Jonathan D. Rowe (P 35384)
      Attorneys for Plaintiffs
      221 North Main Street, Suite 200
      Ann Arbor, MI 48104
      Telephone:  (734)996-5600

Dated: March 28, 2006

_____

3

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the above and foregoing **PLAINTIFFS' PROPOSED MODIFICATION TO SCHEDULING ORDER was** forwarded in accordance with the Federal Rules of Civil Procedure on this 28th day of March, 2006, via U.S. Mail, First Class as follows:

LARRY SCANTLEBURY
7049 Amberly Way
Ypsilanti, MI 48197

                                                            s/ Matthew E. Krichbaum
                                                            Matthew E. Krichbaum, Esq.