UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROTHERS RECORDS, INC.,
et al.,

                Plaintiffs,               Civil Action No. 05-CV-74394-DT

v.                                     Honorable Anna Diggs Taylor

                                           Magistrate Judge Virginia M. Morgan

LARRY SCANTLEBURY,

                Defendant.
_____/

## ORDER EXTENDING TIME

    This matter is before the Court pursuant to Plaintiffs' Proposed Modification to Scheduling Order [Dkt #7], and the Court being well advised in the premises, hereby orders,

    **Any motions adding parties must be filed by. . . . . . . . . . . . . . . . . June 15, 2006**.

IT IS SO ORDERED.

DATED: April 7, 2006                            s/Anna Diggs Taylor
                                                   ANNA DIGGS TAYLOR
                                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (Jonathan D. Rowe and Larry Scantlebury, 7049 Amberly Way, Ypsilanti, MI 48197) disclosed on the Notice of Electronic Filing on **April 7, 2006**.

                                                 s/Johnetta M. Curry-Williams
                                                 Case Manager