UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
ANN ARBOR DIVISION

WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

        Plaintiffs,

v.

LARRY SCANTLEBURY,

        Defendant.           /

Case:05-CV-74394-DT

Hon.:Anna Diggs Taylor

Magistrate Judge Virginia M. Morgan

| | |
|---|---|
| MATTHEW E. KRICHBAUM (P52491)<br>JONATHAN D. ROWE (P35384)<br>Soble Rowe Krichbaum, LLP<br>Attorneys for Plaintiffs<br>221 North Main Street, Suite 200<br>Ann Arbor, Michigan 48104<br>(734) 996-5600 | LARRY SCANTLEBURY<br>In Pro Per<br>7049 Amberly Way<br>Ypsilanti, MI  48197<br>(734) 483-0063 |

                                                                                                                           /

## NOTICE OF WITHDRAWAL

TO:    Clerk of the Court
          Larry Scantlebury

       PLEASE TAKE NOTICE that Jonathan D. Rowe hereby withdraws as counsel for

Plaintiffs in the above-entitled cause.

2

                Respectfully submitted,

                SOBLE ROWE KRICHBAUM, LLP

Dated: May 4, 2006

                By:  s/Matthew E. Krichbaum
                221 N. Main Street, Suite 200
                Ann Arbor, MI  48104
                (734) 996-5600
                Email: matthew@srkllp.com