**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WARNER BROS. RECORDS, INC., et al.,

            Plaintiffs,

v.

LARRY SCANTLEBURY,

           Defendant.
_____/

Civil Action No. 05-CV-74394-DT

Honorable Anna Diggs Taylor

Magistrate Judge Virginia M. Morgan

**ORDER TO EXTEND DEADLINE TO ADD/AMEND PARTIES**

This matter is before the Court pursuant to Plaintiffs' Unopposed Motion to Extend Add/Amend Deadline [Dkt #10], and the Court being well advised in the premises, hereby orders,

**Any motions adding parties must be filed by. . . . . . . . . . . . . . . August 1, 2006**

ALL OTHER DATES SHALL REMAIN IN EFFECT.

IT IS SO ORDERED.

DATED: July 5, 2006

           s/Anna Diggs Taylor
           ANNA DIGGS TAYLOR
           UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (Larry Scantlebury, 7049 Amberly Way, Ypsilanti, MI  48197) disclosed on the Notice of Electronic Filing on July 5, 2006.

           s/Johnetta M. Curry-Williams
           Case Manager