07/11/2006 07:27 FAX ☒002

# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD

# COUNTY OF WASHTENAW
## STATE OF MICHIGAN

TYPE/PRINT IN PERMANENT BLACK INK

2006-01648-D

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 2782011

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | Hilary Thomas Scantlebury |
| 2. DATE OF BIRTH (Month, Day, Year) | April 13, 1944 |
| 3. SEX | Male |
| 4. DATE OF DEATH (Month, Day, Year) | June 20, 2006 |
| 5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | |
| 6a. AGE - Last Birthday (Years) | 62 |
| 6b. UNDER 1 YEAR (Months/Days) | |
| 6c. UNDER 1 DAY (Hours/Minutes) | |
| 7a. LOCATION OF DEATH - HOSPITAL OR OTHER INSTITUTION | 7049 Amberly Way |
| 7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH | Ypsilanti Township |
| 7c. COUNTY OF DEATH | Washtenaw |
| 8a. CURRENT RESIDENCE - STATE | Michigan |
| 8b. COUNTY | Washtenaw |
| 8c. LOCALITY | XX TOWNSHIP - Ypsilanti |
| 8d. STREET AND NUMBER | 7049 Amberly Way |
| 8e. ZIP CODE | 48197 |
| 9. BIRTHPLACE | New York, New York |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. DECEDENT EDUCATION | 8 years College |
| 12. RACE | White |
| 13a. ANCESTRY | Russian, Irish |
| 13b. HISPANIC ORIGIN | No |
| 14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES? | Yes |
| 15. USUAL OCCUPATION | Teacher |
| 16. KIND OF BUSINESS OR INDUSTRY | Community College |
| 17. MARITAL STATUS | Married |
| 18. NAME OF SURVIVING SPOUSE | Deborah Erway |
| 19. FATHER'S NAME | Terence Scantlebury |
| 20. MOTHER'S NAME BEFORE FIRST MARRIED | Tatiana Pojogeff |
| 21a. INFORMANT'S NAME | Deborah Scantlebury |
| 21b. RELATIONSHIP TO DECEDENT | Wife |
| 21c. MAILING ADDRESS | 7049 Amberly Way, Ypsilanti, Michigan 48197 |
| 22. METHOD OF DISPOSITION | Cremation |
| 23a. PLACE OF DISPOSITION | Tri-County Cremation Service |
| 23b. LOCATION | Ypsilanti, Michigan |
| 24. SIGNATURE OF MORTUARY SCIENCE LICENSEE | (signed) |
| 25. LICENSE NUMBER | 5715 |
| 26. NAME AND ADDRESS OF FUNERAL FACILITY | Stark Funeral Service Moore Memorial Chapel, 101 S. Washington St., Ypsilanti, MI 48197 |
| 27a. CERTIFIER | X Medical Examiner |
| 28a. ACTUAL OR PRESUMED TIME OF DEATH | unknown P.M. |
| 28b. PRONOUNCED DEAD ON | June 21, 2006 |
| 28c. TIME PRONOUNCED DEAD | 3:35 P.M. |
| 29. MEDICAL EXAMINER CONTACTED? | yes |
| 30. PLACE OF DEATH | home |
| 27b. DATE SIGNED | June 22, 2006 |
| 27c. LICENSE NUMBER | 032167 |
| 32. MEDICAL EXAMINER'S CASE NUMBER | 06-387 |
| 33. NAME OF ATTENDING PHYSICIAN / CERTIFIER | S. Gao |
| 34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN | Bader J. Cassin, M.D., Chief Medical Examiner, 1200 State Circle, Ann Arbor, MI 48108 |
| 35a. REGISTRAR'S SIGNATURE | Lawrence Kestenbaum |
| 35b. DATE FILED | JUN 2 3 2006 |

36. PART I. Enter the chain of events...

a. RUPTURED CEREBROBASILAR ANEURYSM — Approximate Interval Between Onset and Death: minutes

37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown

39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED? yes
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? yes

I, LAWRENCE KESTENBAUM, CLERK/REGISTER OF SAID COUNTY OF WASHTENAW DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document on file in my office.

DATED: JUN 2 3 2006

LAWRENCE KESTENBAUM
WASHTENAW COUNTY CLERK/REGISTER


