UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | Honorable Anna Diggs Taylor<br><br>Magistrate Judge Morgan<br><br>Case:   05-CV-74394-DT |
| Plaintiffs, | |
| v. | |
| LARRY SCANTLEBURY., | |
| Defendant. | |

JASON R. GOURLEY (P69065)
MATTHEW E. KRICHBAUM (P52491)
SOBLE ROWE KRICHBAUM, LLP
Attorneys for Plaintiffs
221 North Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 996 5600

**MOTION TO STAY CASE AND TO EXTEND ALL DEADLINES**

Plaintiffs Warner Bros. Records Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., BMG Music, Arista Records LLC, Capitol Records, Inc., and Atlantic Recording Corporation (collectively, "Plaintiffs"), respectfully request the Court stay the case for 60 days and extend all deadlines 60 days.  In support thereof, Plaintiffs state the following:

1

2

1.	Plaintiffs have recently learned that Defendant, Larry Scantlebury, passed away on June 20, 2006.  Please see the attached Death Certificate.

2.	Prior to Mr. Scantlebury's passing, Plaintiffs believed that there was potential to resolve the case.  While at the time of Mr. Scantlebury's death, he had not responded to Plaintiffs' discovery (he had asked for and received extensions), he had indicated that others, in addition to Mr. Scantlebury, were involved in the infringement of Plaintiffs' copyrights.

3.	Plaintiffs do not believe it appropriate to discuss a resolution of the case with the family so close to Mr. Scantlebury's passing.  Plaintiffs therefore request a stay of 60 days to allow the family additional time to grieve.

4.	In the event the parties do not reach a resolution with Mr. Scantlebury's estate or the other family members involved, Plaintiffs anticipate amending the complaint following depositions of members of Mr. Scantlebury's family.

WHEREFORE, Plaintiffs respectfully request this court stay the case for 60 days and extend all deadlines 60 days.

Respectfully submitted,

                                            **SOBLE ROWE KRICHBAUM, LLP**

Dated: August 1, 2006          By:   S/ Matthew E. Krichbaum
                                                  Jason R. Gourley (P69065)
                                                  Matthew E. Krichbaum (P52491)
                                                  Attorneys for Plaintiffs
                                                  221 N. Main Street, Suite 200
                                                  Ann Arbor, Michigan 48104
                                                  (734) 996-5600
                                                  Email: matthew@srkllp.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 1, 2006, a copy of the foregoing **MOTION TO STAY CASE AND TO EXTEND ALL DEADLINES** was served upon the Defendant via United States Mail at the following address:

Larry Scantlebury
7049 Amberly Way
Ypsilanti, Mi 48197
*Defendant*

    Jason R. Gourley (P69065)
    Matthew E. Krichbaum (P52491)
    Attorneys for Plaintiffs
    221 N. Main Street, Suite 200
    Ann Arbor, Michigan 48104
    (734) 996-5600