# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD

## COUNTY OF WASHTENAW
### STATE OF MICHIGAN

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

2006-01648-D

STATE FILE NUMBER: 2782011

1. DECEDENT'S NAME: Hilary Thomas Scantlebury
2. DATE OF BIRTH: April 13, 1944
3. SEX: Male
4. DATE OF DEATH: June 20, 2006
6a. AGE - Last Birthday: 62
7a. LOCATION OF DEATH: 7049 Amberly Way
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: Ypsilanti Township
7c. COUNTY OF DEATH: Washtenaw
8a. CURRENT RESIDENCE - STATE: Michigan
8b. COUNTY: Washtenaw
8c. LOCALITY: XX TOWNSHIP, Ypsilanti
8d. STREET AND NUMBER: 7049 Amberly Way
8e. ZIP CODE: 48197
9. BIRTHPLACE: New York, New York
10. SOCIAL SECURITY NUMBER: 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
11. DECEDENT EDUCATION: 8 years College
12. RACE: White
13a. ANCESTRY: Russian, Irish
13b. HISPANIC ORIGIN: No
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES?: Yes
15. USUAL OCCUPATION: Teacher
16. KIND OF BUSINESS OR INDUSTRY: Community College
17. MARITAL STATUS: Married
18. NAME OF SURVIVING SPOUSE: Deborah Erway
19. FATHER'S NAME: Terence Scantlebury
20. MOTHER'S NAME BEFORE FIRST MARRIED: Tatiana Pojogeff
21a. INFORMANT'S NAME: Deborah Scantlebury
21b. RELATIONSHIP TO DECEDENT: Wife
21c. MAILING ADDRESS: 7049 Amberly Way, Ypsilanti, Michigan 48197
22. METHOD OF DISPOSITION: Cremation
23a. PLACE OF DISPOSITION: Tri-County Cremation Service
23b. LOCATION: Ypsilanti, Michigan
25. LICENSE NUMBER: 5715
26. NAME AND ADDRESS OF FUNERAL FACILITY: Stark Funeral Service Moore Memorial Chapel, 101 S. Washington St., Ypsilanti, MI 48197
27a. CERTIFIER: [X] Medical Examiner
28a. ACTUAL OR PRESUMED TIME OF DEATH: unknown P.M.
28b. PRONOUNCED DEAD ON: June 21, 2006
28c. TIME PRONOUNCED DEAD: 3:35 P.M.
29. MEDICAL EXAMINER CONTACTED?: yes
30. PLACE OF DEATH: home
27b. DATE SIGNED: June 22, 2006
27c. LICENSE NUMBER: 032167
32. MEDICAL EXAMINER'S CASE NUMBER: 06-387
33. NAME OF ATTENDING PHYSICIAN CERTIFIER: S. Gao
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Bader J. Cassin, M.D., Chief Medical Examiner, 1200 State Circle, Ann Arbor, MI 48108
35a. REGISTRAR'S SIGNATURE: Lawrence Kestenbaum
35b. DATE FILED: JUN 2 3 2006

36. PART I.
a. RUPTURED CEREBROBASILAR ANEURYSM — Approximate Interval Between Onset and Death: minutes

37. DID TOBACCO USE CONTRIBUTE TO DEATH?: [X] Unknown
38. IF FEMALE: (n/a)
39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED?: yes
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: yes



I, LAWRENCE KESTENBAUM, CLERK/REGISTER OF SAID COUNTY OF WASHTENAW DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document on file in my office.

DATED: JUN 2 3 2006

LAWRENCE KESTENBAUM
WASHTENAW COUNTY CLERK/REGISTER


