UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROS. RECORDS INC., a
Delaware corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; BMG MUSIC, a New
York general partnership; ARISTA RECORDS
LLC, a Delaware limited liability company;
CAPITOL RECORDS, INC., a Delaware
corporation; and ATLANTIC RECORDING
CORPORATION, a Delaware corporation,

   Honorable Anna Diggs Taylor

   Magistrate Judge Morgan

   Case:   05-CV-74394-DT

 Plaintiffs,

 v.

LARRY SCANTLEBURY.,

 Defendant.

_____/

JASON R. GOURLEY (P69065)
MATTHEW E. KRICHBAUM (P52491)
SOBLE ROWE KRICHBAUM, LLP
Attorneys for Plaintiffs
221 North Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 996 5600
_____/

## MOTION TO DISMISS WITH PREJUDICE

 Plaintiffs Warner Bros. Records, Inc., Sony BMG Music Entertainment, UMG Recordings, Inc., BMG Music, Arista Records LLC, Capitol Records, Inc., and Atlantic Recording Corporation (collectively, "Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(2), respectfully request this Court dismiss the above-named action with prejudice.

1

2

A proposed order is attached for the Court's convenience.

WHEREFORE, Plaintiffs respectfully move to dismiss the above-named matter with prejudice.

                                                          **SOBLE ROWE KRICHBAUM, LLP**

Dated: August 14, 2006          By:    S/ Matthew E. Krichbaum
                                                        Jason R. Gourley (P69065)
                                                        Matthew E. Krichbaum (P52491)
                                                        Attorneys for Plaintiffs
                                                        221 N. Main Street, Suite 200
                                                        Ann Arbor, Michigan 48104
                                                        (734) 996-5600
                                                        Email: matthew@srkllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2006, a copy of the foregoing **MOTION TO DISMISS WITH PREJUDICE** was served upon the Defendant via United States Mail at the following address:

    Larry Scantlebury
    7049 Amberly Way
    Ypsilanti, Mi 48197
    *Defendant*

    S/ Matthew E. Krichbaum
    Jason R. Gourley (P69065)
    Matthew E. Krichbaum (P52491)
    Attorneys for Plaintiffs
    221 N. Main Street, Suite 200
    Ann Arbor, Michigan 48104
    (734) 996-5600