UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | Honorable Anna Diggs Taylor<br><br>Magistrate Judge Morgan<br><br>Case:   05-CV-74394-DT |

　　　　Plaintiffs,

　　　　v.

LARRY SCANTLEBURY.,

　　　　Defendant.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/

JASON R. GOURLEY (P69065)
MATTHEW E. KRICHBAUM (P52491)
SOBLE ROWE KRICHBAUM, LLP
Attorneys for Plaintiffs
221 North Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 996 5600

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/

## **ORDER**

　　　　Upon consideration of Plaintiffs' Motion to Dismiss with Prejudice, Plaintiffs' motion is hereby GRANTED.

　　　　**IT IS HEREBY ORDERED:**

　　　　The above-named action is dismissed with prejudice.

2

Dated: August 14, 2006                                    _____

                                                          Hon. Anna Diggs Taylor