UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**C L O S E D**

WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

        Plaintiffs,

        v.

LARRY SCANTLEBURY.,

        Defendant.

Honorable Anna Diggs Taylor

Magistrate Judge Morgan

Case: 05-CV-74394-DT

JASON R. GOURLEY (P69065)
MATTHEW E. KRICHBAUM (P52491)
SOBLE ROWE KRICHBAUM, LLP
Attorneys for Plaintiffs
221 North Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 996 5600

/

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS

Upon consideration of Plaintiffs' Motion to Dismiss with Prejudice [Doc. #14],

Plaintiffs' motion is hereby GRANTED.

**IT IS HEREBY ORDERED:**

The above-named action is dismissed with prejudice.

DATED: August 16, 2006

s/Anna Diggs Taylor
ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order of Dismissal was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (**Larry Scantlebury, 7049 Amberly Way, Ypsilanti, MI 48197**) disclosed on the Notice of Electronic Filing on **August 16, 2006**.

                                              s/Johnetta M. Curry-Williams
                                              Case Manager